IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :
                                  :
v.                                :   CRIMINAL NO. JFM-12-0229
                                  :
JEREMY NAUGHTON,                  :
    Defendant.                    :
                                  :
                                  :
                                  :

...oOo...

## VERDICT FORM

We the jury find as follows with respect to United States v. Jeremy Naughton:

(1)    As to Count One of the Third Superseding Indictment charging Jeremy Naughton with conspiracy to commit sex trafficking, we find the defendant:

_____                          __✓_____
Not Guilty                        Guilty


(2)    a.    As to Count Two of the Third Superseding Indictment charging Jeremy Naughton with possession of a firearm in furtherance of a crime of violence, we find the defendant:

_____                          __✓_____
Not Guilty                        Guilty


       b.    If you find the defendant guilty of Count Two, indicate below which predicate counts support your finding:

Count 1 __✓____ / Count 12 _____ / Count 14 _____


       c.    If you find the defendant guilty of Count Two, indicate below whether the defendant brandished the firearm:

__✓_____                         _____
Yes                               No

1

(3) As to Count Three of the Third Superseding Indictment charging Jeremy Naughton with sex trafficking of S.G., we find the defendant:

    __✓__                                    _____
Not Guilty                              Guilty

(4) As to Count Four of the Third Superseding Indictment charging Jeremy Naughton with sex trafficking of R.P., we find the defendant:

_____                           __✓__
Not Guilty                              Guilty

(5) As to Count Five of the Third Superseding Indictment charging Jeremy Naughton with transporting R.P. to engage in prostitution, we find the defendant:

_____                           __✓__
Not Guilty                              Guilty

(6) As to Count Six of the Third Superseding Indictment charging Jeremy Naughton with sex trafficking of N.F., we find the defendant:

_____                           __✓__
Not Guilty                              Guilty

(7) As to Count Seven of the Third Superseding Indictment charging Jeremy Naughton with transporting N.F. to engage in prostitution, we find the defendant:

_____                           __✓__
Not Guilty                              Guilty

(8) As to Count Eight of the Third Superseding Indictment charging Jeremy Naughton with sex trafficking of M.B., we find the defendant:

_____                           __✓__
Not Guilty                              Guilty



(9) As to Count Nine of the Third Superseding Indictment charging Jeremy Naughton with transporting M.B. to engage in prostitution, we find the defendant:

_____   ___✓_____
Not Guilty          Guilty

(10) As to Count Ten of the Third Superseding Indictment charging Jeremy Naughton with transporting M.B. to engage in prostitution, we find the defendant:

_____   ___✓_____
Not Guilty          Guilty

(11) As to Count Eleven of the Third Superseding Indictment charging Jeremy Naughton with sex trafficking of M.S., we find the defendant:

___✓_____           _____
Not Guilty          Guilty

(12) As to Count Twelve of the Third Superseding Indictment charging Jeremy Naughton with sex trafficking of K.S., we find the defendant:

_____   ___✓_____
Not Guilty          Guilty

(13) As to Count Thirteen of the Third Superseding Indictment charging Jeremy Naughton with transporting K.S. to engage in prostitution, we find the defendant:

_____   ___✓_____
Not Guilty          Guilty

(14) As to Count Fourteen of the Third Superseding Indictment charging Jeremy Naughton with kidnapping K.S., we find the defendant:

___✓_____           _____
Not Guilty          Guilty

(15)  As to Count Fifteen of the Third Superseding Indictment charging Jeremy Naughton with possession of a firearm by a convicted felon, we find the defendant:

✓ Not Guilty          ___ Guilty

(16)  As to Count Sixteen of the Third Superseding Indictment charging Jeremy Naughton with transporting J.H. to engage in prostitution, we find the defendant:

___ Not Guilty          ✓ Guilty

The foregoing constitutes the unanimous verdict of the jury.

5/9/13
Date

**SIGNATURE REDACTED**
Foreperson