1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3

4     UNITED STATES OF AMERICA

5          VS.                      CRIMINAL NO. JFM-12-0229

6     JEREMY NAUGHTON
      Aka JERMS BLACK
7
                            DEFENDANT
8
                                      Baltimore, Maryland
9
                                      September 20, 2013
10

11

          The above-entitled case came on for sentencing
12
      before the Honorable J. Frederick Motz, United
13
      States District Judge
14

15

16
                  A P P E A R A N C E S
17

18    For the Government:

19          Mark W. Crooks, Esquire
            Paul E. Budlow, Esquire
20

21    For the Defendant:

22          Michael T. CitaraManis, Esquire
            Tamara E. Theiss, Esquire
23

24

25    Gail A. Simpkins, RPR
      Official Court Reporter

1                    P R O C E E D I N G

2          THE COURT:  Mr. Crooks.

3          MR. CROOKS:  Yes, good afternoon, Your Honor.

4    This is criminal matter United States versus Jeremy

5    Naughton.  It is Criminal Number JFM-12-229.  It's

6    Mark Crooks for the government, and to my right is my

7    colleague, Assistant U.S. Attorney Paul Budlow.  Good

8    afternoon, Your Honor.

9          MR. BUDLOW:  Good afternoon, Your Honor.

10         MR. CITARAMANIS:  Good afternoon, Your Honor.

11         THE COURT:  Has everybody had a chance to review

12   the presentence report?

13         MR. CITARAMANIS:  We have, Your Honor.

14         THE COURT:  Any comments?

15         MR. CITARAMANIS:  Your Honor, other than what

16   has already been outlined in the sentencing memo, no

17   guideline objections.

18         There is one minor matter that I had taken up

19   with Ms. Spinnicchio in terms of the age of this

20   person who was the complainant in this 2001 case,

21   which we think was 14, not 13.  I think we have the

22   documents to satisfy her with that.

23         THE COURT:  Mr. Crooks, what's the government's

24   position?

25         MR. CROOKS:  Your Honor, the government has no

1   new points to raise with regard to the presentence

2   report.

3       THE COURT:  And what's the government's position

4   as to what the sentence should be?

5       MR. CROOKS:  The government --

6       THE COURT:  Of course, I have read all the

7   materials.

8       MR. CROOKS:  Are you talking about from a

9   guidelines perspective?

10      THE COURT:  I'm talking about the bottom line.

11      MR. CROOKS:  Okay.  The bottom line is the

12  government thinks that a 50-year sentence is

13  reasonable, and no more than necessary to satisfy the

14  facts that the jury found in this case, Your Honor.

15      THE COURT:  No.  I just want to know what should

16  I sentence, and why?

17      MR. CROOKS:  Oh, you want our recitation at this

18  point?

19      THE COURT:  Yes.

20      MR. CROOKS:  Your Honor, the government feels

21  that 50 years is an appropriate sentence.

22      THE COURT:  Does that include the seven years or

23  the eight consecutive?

24      MR. CROOKS:  Yes.  Yes, Your Honor, and

25  certainly, not trying to break it down --

1          THE COURT:  Remind me.  Which offense is that

2     connected with?

3          MR. CROOKS:  That's with the count, the second

4     count in the indictment, which was a 924(c) count that

5     modified several counts in the indictment, but

6     including, I think on the jury's verdict it reflected

7     including the conspiracy count, and the allegations

8     and the overt acts, and constitute a gun in that

9     count, Your Honor.

10          THE COURT:  One question that concerns me is if

11     I look at this from an overall point of view as

12     opposed to from looking at it from an overall point of

13     view and then adding the mandatory consecutive,

14     whether I am disregarding Congress's intent regarding

15     the mandatory consecutive.

16          In fact, I think your position is reasonable, to

17     figure out what the sentence is, and then deduct from

18     the mandatory minimum consecutive the number of

19     months, the 87 months.  But am I thereby messing with

20     the will of Congress?

21          MR. CITARAMANIS:  I think I know where the Court

22     is going with that.  I think certainly --

23          THE COURT:  I'm not going anywhere.  I'm just

24     there.

25          MR. CITARAMANIS:  I think one way the Court can

1     go is to kind of do this by way of what's an overall

2     appropriate sentence.

3          THE COURT:  The point is what's overall

4     appropriate is the way I think it should be handled.

5          MR. CITARAMANIS:  And then give seven years less

6     than that as the sentence on the non-mandatory or the

7     non-924 counts, and then give the 84 months

8     consecutive.  I think that's a reasonable methodology

9     for the Court to adopt.

10          THE COURT:  The question I have is is that

11    violative of the rule of Congress?

12          MR. CROOKS:  Your Honor, I can only say that my

13    original draft of my sentencing memorandum, I had

14    actually dropped a parenthetical, which was 43 plus

15    seven, and that's the overall number we arrived at.

16          THE COURT:  That's entirely reasonable.

17          Mr. CitaraManis.

18          MR. CITARAMANIS:  Your Honor, I know that the

19    Court has reviewed the numerous submissions that the

20    parties have provided to the Court, our sentencing

21    memo, the government's sentencing memo, our response,

22    or not our response, but the submission that was made

23    last week with transcript references to support the

24    defense claims of what certain testimony was, and then

25    the letter to the Court yesterday discussing

1     conditions of supervised release that was maybe

2     proposed by probation.  Then some specific assertions

3     made by the government in their memo, we felt the need

4     to respond and highlight, not maybe everything we

5     disagreed with, but certain things we thought that

6     were not accurate.

7          Our position, Your Honor, overall is that a

8     22-year term is sufficient under Section 3553(a) to

9     satisfy the goals of sentencing.

10         THE COURT:  And that includes the 84.

11         MR. CITARAMANIS:  That includes the 84 months,

12    the 924(c).  Yes, Your Honor.

13         It would be essentially the 15 years mandatory

14    minimum on the sex trafficking counts, which we would

15    submit would be run concurrent with each other, and at

16    the same time then the consecutive seven years, 84

17    months on the 924(c) count, which would then be a

18    total of 22 years.

19         That's our position, and we think that's a

20    reasonable and appropriate disposition in this case,

21    not only taking into account the goals of sentencing,

22    but Mr. Naughton's background and the circumstances of

23    the offense behavior in this case.

24         It's kind of hard, Your Honor, to get up when,

25    in a case like this, we had a lot of testimony over

1       three plus weeks.  There has been all these

2       submissions with regard to sentencing, and there's a

3       lot of factual claims the government has made even

4       outside the record of what was submitted and presented

5       at trial.

6            You know, my initial reaction to things, and I

7       think somewhat reflected in my latest submission

8       yesterday, I feel compelled on behalf of my client,

9       because his life is at stake here, to respond to

10      things, at least those which are the most significant

11      claims the government has made, and the most

12      significant assertions in this case.

13           So if the Court at any point feels that it's not

14      necessary, I understand, and I will certainly not try

15      to go over stuff and repeat myself with respect to

16      things in the memorandum.

17           THE COURT:  The problem is, I mean you should,

18      and I understand you have to, but it's a pattern of

19      conduct rather than any specific piece of testimony,

20      which there is a lot in the evidence in which the jury

21      found.  To say well, you have to disregard this, and

22      you have to disregard that unless there's an impact,

23      this really is a case in which the whole body of

24      conduct, whatever acquittals on whatever counts there

25      may have been, there was a pattern of conduct.

1          MR. CITARAMANIS:  To some degree, Your Honor, I

2     have to take some issue with, I guess, maybe how much

3     of a pattern there was.

4          Because one of the things we have had to deal

5     with in this case is the government's putting forth,

6     making all kinds of accusations, which not all of them

7     are I think accurate representations in terms of what

8     the testimony was or what the evidence was.  It

9     creates this aura, it creates this impression, this

10    picture of Mr. Naughton, which, you know, it really, I

11    think unfairly at times, has kind of infected

12    perceptions.

13         So I guess what I would like to do, if the Court

14    will bear with me, is initially what I would like to

15    suggest to the Court is overall, I think a fairer

16    representation of what happened in this case, and then

17    I would like to at least address some specific things

18    which I think the government has presented, which I

19    think are inaccurate in terms of the perception of Mr.

20    Naughton.

21         THE COURT:  Well, go ahead and proceed as you

22    think best.  If I becomes impatient, you'll know it.

23         MR. CITARAMANIS:  Your Honor, we have not

24    disputed from day one in this case in our opening

25    statement at trial that Mr. Naughton was a pimp and

1    engaged in the business of prostitution, and employed

2    various women in that regard.

3          The one point with respect to what the

4    prostitutes or Mr. Naughton's accusers have said, and

5    the one point I really want to make generally about

6    them, and it was made in the sentencing memo, is you

7    can't believe everything that each of the

8    prostitute-complaining witnesses testified to.

9          The government has never really addressed that,

10   despite the various credibility issues, despite the

11   various instances when the witnesses contradicted each

12   other or were contradicted by other evidence, whether

13   it be physical evidence or testimonial evidence, and

14   despite the fact that they may have given conflicting

15   statements on some other occasion, which really call

16   into question certain aspects of what they reported.

17   You know, the government has never really addressed

18   that.

19         They want the Court to kind of adopt everything,

20   and they have been unwilling to address the issue of

21   whether or not there are problems with testimony, or

22   at least some aspects of the testimony of the

23   complaining witnesses.

24         I think it's kind of like for the government

25   almost the elephant in the room.  I mean they almost

1    can't address that because they can't acknowledge that

2    some of their witnesses lied or were incorrect on

3    things, because then once they do that, they

4    acknowledge well, there are problems maybe, you know,

5    with their credibility.

6         But you really can't, when you sat through this

7    trial, and heard the testimony of all the witnesses

8    who testified, and heard all the evidence, and saw the

9    evidence that came in, whether it be the videotape of

10   KS, whether it be photographic evidence or telephone

11   toll records, or whatever they are, you cannot come

12   away in this case with believing everything that their

13   witnesses testified to.

14        And that's really the starting point, because if

15   you come away with that premise, then the issue is

16   what do you believe?  How much do you believe?  How

17   much of this pattern that the government has described

18   is really a pattern, or just individual separate

19   incidents which certain aspects might be related,

20   might be similar, but, you know, the bottom line here

21   is you can't adopt everything.

22        One of the problems I think inherent in a case

23   like this is that you have women from the backgrounds

24   they come from, and they are tragic, and they are sad;

25   but unfortunately, part of the game, which many of

1    these women acknowledged, was being able to deceive,

2    being able to lie, being able to be manipulative, and

3    creating kind of false impressions about stuff.

4        I mean that became part of their lifestyle, and

5    that's certainly one thing we argued to the jury, but

6    it's a point I think that can't be missed.

7        I mean that's kind of the starting point.  I

8    guess, you know, one of the things which I certainly

9    wanted to at least briefly point out to the Court is

10   with respect to just, I think, examples of instances

11   where witnesses did not, and cannot I think present

12   testimony which the Court can find to be reliable.

13       And it may not be a question in the Court's

14   mind, can we believe them on this point or do we

15   believe something different?  I think there may be

16   many instances where the Court really just can't come

17   away with knowing what the truth was.

18       It's kind of like there is evidence that they

19   said this, but they are contracted by other evidence.

20   The Court doesn't necessarily have to find one way or

21   the other, but I think there are many times where I

22   think certainly a reasonable reaction would be we

23   don't know what happened.

24       In terms of a few examples, Your Honor, for

25   instance, NF and RP, who were together for this time

1    with Mr. Naughton in 2010, in the fall of 2010 --

2    2009, I apologize -- contradicted each other on some

3    significant aspects, you know, in terms of who was it

4    that initiated contact with Ms. F to have her come

5    over to Mr. Naughton's place.  NF said it was RP.  RP

6    said it was NF.  Each of them would say the other is

7    the one that called and initiated their contact.

8         With respect to this fight in the hotel in

9    Silver Spring, Maryland, when they were in Montgomery

10   County, Maryland after they had come down from New

11   York, RP said it was a real fight because she was

12   jealous of NF, and how good of business she was doing,

13   and consequently the attention that Mr. Naughton was

14   giving Ms. F.

15        Whereas NF said oh, that thing was all created.

16   It was a fake fight, that they had somehow come up

17   with this plan as a means by which to escape.

18        We have NF saying when she came into the

19   apartment in New York initially that there was an

20   arsenal of guns there and this group of guys there in

21   the living room.  RP said there was no arsenal of

22   guns.  There was no group of men.  It was just her,

23   Mr. Naughton, and Ms. F.

24        So we have these discrepancies, and you can't

25   just blame them on oh, it's just a lack of

1   recollection.  They are material, they are important,

2   and they have to give good reason why, you know, the

3   testimony of the witnesses, or whether all of the

4   testimony, or not knowing what part to really credit.

5        KS is another example.  I mean KS, Your Honor,

6   gave one statement to Detective Stack and then she

7   comes in at trial and gives materially different

8   testimony in terms of what happened to her.

9        THE COURT:  Remind me how it's materially

10   different.

11        MR. CITARAMANIS:  I'm sorry?

12        THE COURT:  Remind me how it's materially

13   different.

14        MR. CITARAMANIS:  Ms. S, Your Honor?

15        Well, Your Honor, for instance, her statement

16   was to Detective Stack that she had been taken up to

17   New York, and she had been locked in a room with three

18   other girls, and kept their for three days.

19        Well, it was only after that evidence produced,

20   discovered by the government through investigation,

21   produced in discovery about hotel records which showed

22   that no, actually she went up to New York with Mr.

23   Naughton on February 8th -- we knew that -- but that

24   she checked into the hotel in New Jersey on February

25   9th, the next day.  So she couldn't have been held in

1      the apartment in New York for three days.

2           She also claimed that there were three other

3      young ladies there in the apartment, and in fact, you

4      know, here we are, much longer after the events in

5      question, and she claims it was two.  That, you know,

6      is a change in her testimony that only happened right

7      at trial and kind of fit in with other evidence that

8      the government had.

9           There's the question of the identification that

10     she used in New Jersey.  She claimed and stated to

11     Detective Stack that Mr. Naughton was the one that

12     gave her that false ID.

13          But, of course, later, when we got to trial,

14     discovery showed that that ID, the one she used, the

15     same ID used in New Jersey was the one that she used

16     to check into the hotel in Rockville, Maryland, before

17     she even met Mr. Naughton.  There's no way Mr.

18     Naughton.

19          So it's kind of like you have these differences

20     that only come about after investigation, and then her

21     testimony changes at trial to basically be consistent

22     with the new evidence.  That's only part of it.

23          But, you know, her testimony, obviously the jury

24     didn't believe all of it, as they acquitted Mr.

25     Naughton of the kidnapping charge, and I think good

1    reason, because I think the evidence was pretty

2    compelling that she was stranded in Maryland, and she

3    went with Mr. Naughton willingly to work, because she

4    was stranded.  She didn't have anywhere to go.  She

5    needed someone to help her get on her feet.

6         The fact is she was robbed, which we know

7    happened by someone else the night before she met Mr.

8    Naughton.  The police responded.  There's a police

9    report about that.  She didn't have any money because

10   she was robbed.  She said the robber took all of her

11   money.  At the same time she gets her reservation

12   canceled because she used a fraudulent credit card.

13        So she doesn't have anywhere to go at that

14   point, and the fact of the matter is then she

15   communicates with Mr. Naughton.  They connect on line.

16   They start talking.  They talk over, certainly the

17   toll records show over four hours, and she

18   characterized it as just a normal date.

19        I don't think that's a normal date.  I think

20   that four hours of discussion on the phone reflect

21   they are talking about whatever, life going on, her

22   problems, her need to get her feet on the ground.  I

23   think the inference there is strong that something

24   more was going on.

25        Then she claims that Mr. Naughton came to her

1    room at about 2 p.m.  Well, we know it's about 2 p.m.

2    because that's when the toll records show the phone

3    calls ended between the two of them.

4         Well, common sense tells all of us, Your Honor,

5    that hotels, when your reservation is canceled, and

6    checkout time is at 11 o'clock or 12 o'clock at the

7    latest, they're not going to let you stay in your room

8    past then till 2 o'clock to do tricks.  So I mean her

9    whole story, Your Honor, really I think falls because

10   it is contradicted by common sense and what the other

11   evidence showed, and the jury rejected it.

12        I think that alone, the whole fact that the jury

13   rejected the whole allegation of kidnapping and taken

14   at gunpoint in Maryland, that has to call into

15   question, you know, all of her testimony.

16        Now, the jury did find Mr. Naughton guilty of

17   the sex trafficking count with respect to her, and we

18   can certainly guess, and that hard to do, though, as

19   to why, but they did.  But from this Court's

20   perspective, we suggest that it is difficult to

21   ascertain what actually to believe in terms of what

22   she has reported and what she testified to.  So there

23   is that aspect in terms of KS also, Your Honor, that

24   makes her testimony suspect.

25        Again, I've recounted other examples with

1    respect to some of the other prostitute witnesses in

2    my sentencing memo.  We again included some of that

3    too in the submissions for Probation, which included

4    the defense version of the statement of facts in the

5    presentence report.

6         But again, it comes down to this notion of, and

7    I think a very real and important principle, that it

8    would be hard to know what to believe, under the

9    circumstances here, with the testimony and evidence

10   that came in, what really happened.

11        You know, certainly we know the jury accepted

12   certain things, and that's a premise that we certainly

13   can't argue against.  But beyond that, beyond the

14   verdict, beyond some basic facts behind those

15   verdicts, I think, and I submit to the Court, it's

16   really hard to know what happened, because the

17   evidence is just so, in many respects, unreliable.

18        Your Honor, with respect to certain things that

19   the government has tried to portray, and again, I only

20   want to highlight, I think, the kind of most important

21   things.  This relates really to section 3553(a)

22   factors because it goes to, really, Mr. Naughton's

23   background and history and characteristics.

24        You know, the government again has responded to

25   this whole claim by ML about being sexually assaulted

1    or gang raped in an apartment by Mr. Naughton and

2    other men, that this happened in Flatbush.  The

3    government in its memorandum mentioned in various ways

4    that Mr. Naughton has a connection with Flatbush,

5    addresses seized from, pieces of paper in his

6    apartment had Flatbush addresses, that the apartment

7    he lived in SG was in Flatbush.  That's far from the

8    truth, Your Honor.  That is highly inaccurate.

9        One of the things I would like to present to the

10   Court, and I provided to the government, is a map of

11   Brooklyn, which shows in color-coded form, and this

12   was something that we had found on line, where all the

13   neighbors are in Brooklyn.

14       If I can hand this up to the Court or the

15   Court's clerk, and have that marked as Defense Exhibit

16   1.

17       (Defense Sentencing Exhibit Number 1 was

18   received.)

19       Again, Ms. ML had alleged that this incident had

20   happened in Flatbush.  You know, looking at this

21   particular submission, you can see where Bedford-

22   Stuyvesant or Bed-Stuy, where that is located kind of

23   the northern part of Brooklyn, right below Queens.

24       You have below Bed-Stuy is Crown Heights, and

25   kind of to the right of Crown Heights is Brownsville.

1    To the left or west of Brownsville and south of Crown

2    Height is East Flatbush, and Lefferts Gardens.  Then

3    to the west of East Flatbush is Flatbush.  Her

4    testimony was the neighborhood was Flatbush.

5    Also indicated on there, Your Honor, are the

6    addresses.  We had to go back and go through all the

7    evidence, the items, pieces of paper seized from Mr.

8    Naughton's apartment to see all the addresses that

9    appeared on those pieces of paper, and the only

10    addresses, Your Honor, were the Marcus Garvey

11    Boulevard, which everybody has accepted as Flatbush, I

12    mean Bed-Stuy, ███ Pulaski, his mother's house in

13    Bed-Stuy, ███ Throop Avenue in Bed-Stuy, and there was

14    also an address of 332 Sumner Avenue, which I was

15    mistaken in my letter yesterday.

16    That's actually the same address as Marcus

17    Garvey.  At some point -- it used to be known as

18    Sumner, and then they changed the address actually to

19    Marcus Garvey.  That's why it has the same number,

20    332.  But I think it was the electric company that

21    still kept the Sumner Street name as part of that

22    address.

23    Those are all Bed-Stuy.  The only other one that

24    isn't Bed-Stuy is the ███ Grafton.  That's where Mr.

25    Naughton lived with SG before going to Marcus Garvey.

1    That's in Brownsville, and that's quite some distance

2    from Flatbush too

3        Again, I almost thought it unnecessary to do

4    this, but because the government made such a point in

5    all these different contentions in their sentencing

6    memo about the connection of Mr. Naughton to Flatbush,

7    I really had to set the record straight in term of

8    where these addresses accurately are.

9        You know, one of the other things I guess I

10   needed to at least mention, Your Honor, is this

11   contention that Mr. Naughton fantasized about

12   assaulting a mentally handicapped teenager.  Frankly,

13   Judge, it's hard for me to really almost respond to

14   that because it's like where does that come from?

15       We spoke to Mr. C, LC, who the government

16   attributes some statement that Mr. Naughton fantasized

17   about assaulting a mentally handicapped teenager, and

18   he denied ever making such a statement, and the

19   government has produced no 302, no written report or

20   anything recounting such a statement by Mr. C.

21       The fact of the matter is that, you know, he

22   didn't even produce the video that the government says

23   he produced.  So the government just had this

24   basically downright wrong.  I submit to the Court that

25   this whole allegation of Mr. Naughton fantasizing

1          about assaulting a mentally handicapped teenager is

2          itself a fantasy on the part of the government

3                The video they mention, the person who is

4          depicted as being shown being beaten, you know, you

5          see his face, you see him for all of three seconds.

6          He basically throws a CD down on the pavement, and

7          that's it.

8                To characterize him as an awkward teenager,

9          again, I'm kind of almost lost for words in terms of

10         how to respond to such.  But again, it's part of the

11         government trying to create these negative, and I

12         think unfair and uncalled for, images of Mr. Naughton.

13               One other thing, Your Honor, or two other things

14         I guess I needed to mention, because they arose only

15         after I submitted the letter --

16               THE COURT:  Is it unfair to see Mr. Naughton --

17               I could find that part of his world outlook is

18         misogyny is beyond beneath, and taking advantage of

19         vulnerable people.  That is true, isn't it?

20               MR. CITARAMANIS:  But again, the government is

21         feeding more into that with this allegation, and yet

22         there is no evidence presented that this person, who,

23         frankly, what Mr. Naughton was charged with was

24         misdemeanor larceny.  He wasn't prosecuted for

25         assault.  He went to trial, not on a charge of --

1          THE COURT:  No, no.  But the whole flavor, I

2     mean from Mr. Naughton's own lyrics, misogyny is just

3     overwhelming.

4          MR. CITARAMANIS:  Well, and again --

5          THE COURT:  You don't sentence somebody because

6     you don't like their culture.  But on the other hand,

7     there is a point at which there are certain values

8     that this society I hope still stands for; although,

9     sometimes when you look at people's failure to

10    criticize Islamic countries for it is just astounding

11    to somebody who really does care about the way we are

12    treated.  It's overwhelming.

13         MR. CITARAMANIS:  Well, Your Honor, there might

14    be a tendency, I understand, to come away with certain

15    impressions of Mr. Naughton.  But what I would ask the

16    Court to do is to set aside, try to set aside what's

17    reflected in the music.

18         THE COURT:  But why it should be set aside?

19         MR. CITARAMANIS:  Because, Your Honor, there is

20    certainly within the certain culture of Bed-Stuy

21    especially, there are rappers.

22         THE COURT:  Do we accept, do we accept just

23    because they exist in Bed-Stuy that the broader

24    community has to allow for -- I was talking to my law

25    clerks.  If you carry my point of view too far, you

1    get any rapper in here, Jay, whatever his initials

2    are, I might be inclined to sentence him; but there

3    would have to underlying conduct.

4        But the misogyny is overwhelming and the abuse

5    of vulnerable people is overwhelming.  However you

6    analyze particular elements of testimony, that is

7    there, isn't it?

8        MR. CITARAMANIS:  Well, Your Honor, you say

9    vulnerable or --

10       THE COURT:  Oh, come on.  You can't tell me that

11   these women are not vulnerable.

12       MR. CITARAMANIS:  No, I'm not.

13       THE COURT:  They may have put themselves in the

14   position they are in, but they are vulnerable.

15       MR. CITARAMANIS:  I appreciate the Court saying

16   that.  It's just putting it into I think the proper

17   perspective, and I think the Court just did that.

18       Really, I'm not going to say that they aren't

19   vulnerable; but the one thing too is there is no

20   evidence that Mr. Naughton was aware of their

21   background specifically.

22       THE COURT:  No, but he was aware of the rules of

23   the game, and the game existed because of their

24   vulnerability.

25       MR. CITARAMANIS:  I guess in every one of these

1      cases inherently there is that element, and I won't

2      disagree with that.  But I think it's inherent in all

3      of these cases that we have of these sex trafficking

4      cases.

5            THE COURT:  Which is why perhaps it should be

6      stopped.

7            MR. CITARAMANIS:  Your Honor, Mr. Naughton is

8      going to get a sizeable sentence --

9            THE COURT:  You're right.

10           MR. CITARAMANIS:  -- regardless of where we are

11     in this case, and for that reason.

12           You know, the question really is how much,

13     again, more than the 22 years or whatever is

14     sufficient to accomplish the goals of sentencing here?

15           But again, you know in terms of --

16           THE COURT:  Well, wait.  Is your view that in

17     light of the jury's verdict, I don't infer that

18     violence was part of Mr. Naughton's modus operandi?

19           MR. CITARAMANIS:  I would put to the Court that

20     I don't believe that the evidence here, when you look

21     at what is reliable and not reliable, shows such a

22     pattern of violence that a sentence of more than 22

23     years is necessary in this case to punish Mr.

24     Naughton, or to otherwise accomplish the goals of

25     sentencing.

1          I think there are questions as to -- and again,

2     obviously the jury probably bought some of that

3     testimony.  The question is how much, and what

4     specific allegations?

5          But I think too some of the things that the

6     Court even mentioned in terms of inherent in the game,

7     you know, we had, of course, testimony by MB and JG,

8     and I can't remember which other specific prostitutes,

9     that even having sex with a pimp was part of the game,

10    and you just did it.

11         They didn't necessarily have to be forced in the

12    sense of threat of violence for a prostitute to do

13    that.  That was just kind of accepted as that's what

14    you do.

15         So I think there is kind of a gray area here too

16    sometimes, Your Honor.

17         THE COURT:  Why is that gray and not black and

18    white?

19         MR. CITARAMANIS:  Well, I think it's different

20    where it's accepted as part of the game, and they have

21    sex versus them being forced to have sex.  I mean I

22    think there is a line there that does make some

23    difference in terms of how serious that particular

24    conduct should be.

25         THE COURT:  Philosophically, this is a troubling

1    case.  I am not a mediator or a judge opining the

2    culture of the game.  I am a representative of

3    society, which really finds the game itself to be

4    intolerable.

5         MR. CITARAMANIS:  And I understand that, and I

6    understand that.

7         THE COURT:  I understand how in a sense this

8    raises very profound issues.  To what extent do I

9    bring societal values to bear as to what sentence

10   should be imposed as opposed to follow within the

11   context of the game, maybe not to bear, because it is

12   accepted that you have sex with people right away, you

13   carry guns, and you intimidate people?

14        Even the example that you give, and I can't

15   remember the initials of the woman who was out of

16   money and gave fraudulent -- that just increased her

17   vulnerability.  That may make her culpable, but she

18   was there because she was stuck in a hotel without any

19   money and needed assistance from somebody.

20        MR. CITARAMANIS:  And I understand that part,

21   Your Honor.  I think the example is given in terms of

22   how reliable is certain testimony of that witness when

23   they have engaged in that kind of misrepresentation

24   and giving conflicting stories about what happened?

25        But on that point, I understand -- again, it's

1    all inherent -- I understand, and that's why we're

2    here, and that's why he's going to be sentenced.  The

3    question again is how much?

4         I guess in terms of on a relative scale, one of

5    the things I certainly pointed out in the sentencing

6    memo, and I draw the Court's attention to, is some of

7    the other cases where people have received, you know,

8    22, 25, 28 years for this type of offense behavior,

9    and yet the facts, at least as reported either in the

10   Court of Appeals decisions or the press releases

11   issued by the local U.S. Attorney's Office, the

12   Department of Justice, you know I think fairly

13   characterized the allegations as, you know, more

14   severe, or certainly no less severe than what was

15   alleged in this case.

16        You know, one in particular was the U.S. versus

17   Patrick case from the Eastern District of Wisconsin,

18   where he received 25 years.

19        Basically, you know, that went on for, his sex

20   trafficking operation went on for five years, between

21   2005 and 2010.  Three victims who were 16 years old --

22   they were minors -- testified they were forced to work

23   for him.  There was some pretty egregious testimony in

24   that case in terms of the violence multiple times used

25   against those minors, and he had a very serious

1    criminal record.

2         The other cases are the <u>Tavares</u> case, 25 years,

3    the <u>Sims</u> case, 28 years, and these are actually all

4    cases involving minors too, which I think, at least on

5    a relative scale, I think arguably that's a factor

6    which makes those cases in that respect worse, just

7    because you're having 16 year olds in particular being

8    forced against their will in those cases.

9         I understand where the Court is coming from.

10        THE COURT:  I'm not coming from anywhere.  I'm

11   just telling you the issue is difficult.

12        MR. CITARAMANIS:  But it's I think a question of

13   relativity really in terms of even if the Court is

14   speaking on behalf of the community, speaking on

15   behalf of society, that even any sort of sex

16   trafficking cannot be allowed, and it needs to be

17   severely punished.

18        You know, that's going to happen here.  I think

19   a 22-year sentence is a severe sentence.

20        I think, Judge, if we had some case where you

21   have a defendant who has been privileged or grew up in

22   a situation where he had everything, every

23   opportunity, and everything provided for him, and

24   there is no reason, no explainable reason as to how a

25   person gets involved in sex trafficking or whatever, I

1        think, you know, that's one of those cases where you

2        really shake your head and say maybe there's no hope

3        here.

4              But I don't think Mr. Naughton, I don't think in

5        his case this is a case to say there's no hope for

6        this gentleman, and he deserves a life sentence or a

7        50-year sentence.

8              You know, he did right and put, I think, a lot

9        of thought into the letter to the Court.  I know the

10       government's view may be that that was all

11       self-serving.  The Court may have suspicions or

12       suspect it was.

13             But it wasn't just a simple letter where he said

14       hey, I'm sorry, you know, please be lenient.  I mean

15       in his own kind of unique style of writing, you know,

16       I think it reflects a lot of thought as to how he has

17       gotten to where he is, and what he wants to do with

18       the rest of his life.

19             I like to believe, Your Honor, and again, maybe

20       I'm a minority and it's just part of my upbringing,

21       but there is always hope for rehabilitation.  There is

22       always hope that someone --

23             THE COURT:  If there is no room for hope in this

24       world, we are all in trouble.  I agree with that.  I'm

25       part of that minority too.

1         MR. CITARAMANIS:  I'm sorry, Your Honor?

2         THE COURT:  I said I'm in that minority too.  If

3    there's not hope, then we are all in trouble.

4         MR. CITARAMANIS:  So I think he has reflected on

5    things.  One question is -- again, the Court has the

6    reach under section 3553(a) -- what sentence is

7    necessary to accomplish the goals of deterrence, the

8    goals of protection?

9         You know, right now, Your Honor, Mr. Naughton is

10   32 years old.  A 22-year sentence will put him when

11   he's around 50.  As we provided in the sentencing

12   memo, there certainly has been considerable studies,

13   research as to different factors affecting recidivism,

14   and certainly one of the factors that certainly is

15   significant is age, quite understandably.

16        You know, the statistics that we cited actually

17   come from the Bureau of Prisons, Federal Bureau of

18   Prisons, Department of Justice.  You know, resoundly,

19   it's really noted that typically, when offenders get

20   in their forties and fifties, it has got to reach a

21   point where basically they understand they can't be

22   continuing to get involved in illegal activity, and,

23   you know, the rates of recidivism greatly decrease.

24        The fact of the matter is that, you know, just

25   from my own experience I think being 25 years

1    practicing in this district, in federal court, you

2    know, the type of offenders who kind of come back at

3    least federally after being incarcerated included

4    high-level drug traffickers or bank robbers or people

5    engaged in fraud.  I think there are certain other

6    crimes, though, that they get the message.

7         I think, you know, just as prostitution itself

8    is more of a, for want of a better I guess term, a

9    young woman's game, because frankly, once a woman gets

10   past a certain age, prostitution is not viable.

11   Certainly it's at least not as likely as a woman gets

12   older.

13        I think it's just the same with pimps.  It gets

14   to a point that it's not something for people who are

15   I think of an older generation or older age.

16        THE COURT:  Should I deter the younger

17   generation from getting involved?

18        MR. CITARAMANIS:  Again, that's legitimate, no

19   question.  But again, the question is relativity here,

20   how much?  Is 22 years enough, or is it necessary, and

21   I submit to the Court it's not necessary, to send the

22   message to show respect for the law, to deter others,

23   to protect the public in this case, to give him 50

24   years?

25        I mean the government is talking, you know, let

1       him out when he's 80.  Is that necessary?  I submit to

2       the Court it's not.

3              So, you know, in this case, Your Honor, I

4       realize the decision the Court has to make is an

5       important one for not just Mr. Naughton, but the

6       community as a whole.

7              THE COURT:  How old is Mr. Naughton right now,

8       32?

9              MR. CITARAMANIS:  32, Your Honor, almost 33.

10             But I think there are reasons to have hope that

11      Mr. Naughton is someone, when he gets out when he is

12      50, he will have had a lot of time to, frankly, get

13      involved in an educational program.  That's the one

14      thing he is particularly or most interested in, is

15      education, and learning about things, and studying,

16      and taking courses, and getting a college degree,

17      something he didn't finish up with before.

18             I mean certainly, Your Honor, Mr. Naughton

19      himself regrets that he didn't finish his college

20      education before when he started that.  He regrets a

21      lot of decisions he has made.

22             But I think for someone like him who grew up in

23      the neighborhood he did, really, the lack of a

24      positive role model, in fact, a negative role model,

25      and violence and prostitution and drugs all around, he

1    has his sights set on the appropriate things.

2         Maybe it's a lot later than it should have been,

3    maybe too many bad things have happened between then

4    and now, but, you know, it's kind of like it's better

5    late than never, and I think where he is now, he is

6    focused on doing things which are going to make him at

7    least a better person, and certainly a more productive

8    person.

9         He's not someone who has just kind of given up

10   and just hates everybody, and has no interest in

11   really bettering himself.  He is not someone who is,

12   you know, antagonistic to everybody he meets.  That is

13   not who he is.

14        So he has come to a point in his life that

15   regardless of what has happened, regardless of why it

16   happened, he understands he is where he is because of

17   the choices he has made; but he wants to now get on

18   and do something productive with his life and to send

19   out actually a more positive message too.

20        He recognizes the power of words, the power of

21   music.  He recognizes, even though we submit to the

22   Court the Court should not sentence him for his music,

23   nonetheless, he recognizes there were negative themes

24   in his music that he realizes should not be there, and

25   it is something which he does not intend to continue

1    in terms of as a hip hop artist or a rap artist.

2         Your Honor, I know there's a lot more that

3    originally I wanted to say, but I think in terms of

4    the legal issues, we covered them in the sentencing

5    memo.  In terms of the guideline issues, we stand by

6    what we presented in the sentencing memo and again,

7    just for the record at least, contend that it should

8    only be a four-level increase under 3D1.4 for number

9    of victims.

10        THE COURT:  What is your guideline range after

11   all your adjustments?

12        MR. CITARAMANIS:  Your Honor, the guideline

13   range, if the Court were to adopt our computation, it

14   would be --

15        THE COURT:  The number of victims --

16        MR. CITARAMANIS:  I'm sorry, Your Honor.  That's

17   one thing I didn't write down.

18        It would be a 34, of course, the base offense

19   leave for sex trafficking, and without any adjustments

20   other than for number of victims, it would then be a

21   38, Category 4, which is 324 to 405, the 324 being 27

22   years being the low end.

23        THE COURT:  Plus seven.

24        MR. CITARAMANIS:  Yes.  Pardon me.  Thank you,

25   Your Honor.

1          THE COURT:  Mr. Crooks.

2          MR. CROOKS:  Yes, Your Honor.  I'll pick up

3     maybe where we just left off, since that's the most

4     recent topic.

5          The government also doesn't wish to repeat what

6     it put in the memo, but the government feels that even

7     adopting the slightly more conservative method than

8     that which even Probation applied, by finding that he

9     was a two level, not the other higher strata you can

10    reach in that subsection; but that unequivocally, he

11    was the leader of not just Mr. Anderson, who pleaded

12    guilty and took responsibility much earlier than the

13    defendant in this case, and acknowledged that he

14    performed tasks that were definitely less than, but

15    deferential to the defendant's wishes that meet that,

16    but also the guidelines make clear that you can

17    include the conduct of the victims for a purely sort

18    of analytical standpoint, that they can where two

19    hats, and for all the reasons we state in our memo,

20    and that also Probation points out for the Court, I

21    think it is well within Your Honor's right to find

22    that he was an organizer at the lowest level under the

23    Chapter 3 category, and another two point enhancement

24    is relevant in light of the facts that Your Honor

25    heard at trial.

1          But in addition to that, the physical restraint

2     role I think is well met and satisfied by much of the

3     testimony that was heard.

4          I know that the defense took quite a bit of time

5     today trying to suggest that KS was either malingering

6     or mistaken, or somehow confused when she said that

7     she was locked in the back room.  I think they

8     highlighted in their memo that there was a photograph

9     that you couldn't see the turn lock, suggesting that,

10    therefore, she had to be making it up.

11         But never did the government's case hinge on

12    what lock mechanism was on a door.  What the facts of

13    this case were about were the totality of the

14    circumstances that led KS and a reasonable person in

15    her situation to believe that it wasn't within her

16    right to leave that back room.

17         When you couple that with the fact that she was

18    insistent that she was locked up with the other

19    females back in that room, whose ages she said they

20    placed between ages 14 and 17, and who we will never

21    know who they were, that squarely meets the definition

22    of what the guideline categorizes as physical

23    restraint.

24         But then, of course, you have ML, who knowing

25    nothing about KS, also indicated that in the summer,

1    which she places around the summer of 2009, was also

2    held in a manner that also meets the statutory

3    definition of physical restraint.

4         I start there and almost end there because if

5    this were a closer call, if there were some question

6    of what did the Commission really mean when they meant

7    physical restraint, we can get into an analysis of

8    well, when you're beat down or struck, as other

9    individuals, other victims indicated they were, and

10   then didn't leave, were they placed in a subjective

11   situation where they felt that that constituted

12   physical restraint?

13        But the reason I stopped there in the memo and

14   the reason I stop there today is because I think Your

15   Honor can credit the fact that the physical restraint

16   is unequivocally present in that case and also SH,

17   where she said the defendant said you can't leave,

18   lest you encounter what the import of these guns have.

19   When I place a gun here, that's what it means, that

20   you're not to leave the apartment.

21        Your Honor has Charles Anderson's sentencing

22   also that you can credit, where in his statement of

23   facts he agrees that he also was partly tasked with

24   maintain and holding girls present in that apartment.

25        So, Your Honor, that's a pretty analytical spin

1     on something that I think is much more emotional, much

2     more personal than that; but I start there because

3     that's where we left off.

4          But what I would like to segue to, Your Honor,

5     is the conviction that the government has, that what

6     deference should be applied today, what should be

7     afforded?

8          I don't mean to sound to state the obvious, but

9     it is quite simply the verdict that was rendered by

10    the jury of 12, a jury who sat here for three and a

11    half weeks and heard almost all of the same arguments

12    that Mr. CitaraManis, which he is entitled to do, and

13    I certainly don't begrudge him, is making to Your

14    Honor to suggest that somehow a sentence should be

15    ratcheted down to reflect that the reliability or

16    credibility of these girls should still really be what

17    governs today, when the government was hoping what

18    would govern today was the squareness or the front and

19    center dimension by which the defendant might say I'm

20    actually sorry.

21         Not just sorry, as he seems to suggest in his

22    letter, for being a pimp generally, or for subscribing

23    to the rules of the game generally, which we all

24    gained an education of over the three and a half

25    weeks, but whether he actually is willing to say I'm

1    sorry to the actual victims that testified in this

2    case, who testified not because some quid pro quo was

3    at play, as the defendant has suggested in their memo,

4    that there was some benefit to be gained, because I

5    think the evidence through their testimony shows

6    squarely that there was no quid pro quo.

7        As Your Honor knows through the material

8    witnesses that were ordered, or the very recitations

9    that were given by the facts of the witnesses here,

10   there were really none of the 11 that testified that

11   wanted to be here.  Most of them felt quite compelled

12   to be here, and most of them said that if they had

13   their druthers, they would not have gotten within 100

14   yards, lest 100 miles of this courtroom.

15       But I submit, Your Honor, that they did their

16   duty, and more importantly, the jury did its duty when

17   they listened to their testimony, worts and all,

18   because the defense was largely unbridled in the

19   liberties that Your Honor extended to them; but also,

20   to which the government agreed even before the trial

21   began, to cross-examine them about the whole manner of

22   their past, their history, what they labeled their

23   inconsistencies, which the government also, if I had

24   two hours, I would talk about how some of those are

25   the hallmarks of the truth.

1          This isn't a conspiracy where 11 victims or 11

2     females or 11 prostitutes, as the defense just

3     referred to them every time they mentioned them, got

4     together and framed Jeremy Naughton.  Rather, these

5     are 11 individuals where the patterns that they tell

6     is remarkably similar.

7          Certainly, I'm the first to admit that I

8     actually got it wrong.  I agree with the defense, the

9     letter that they filed late yesterday afternoon with

10    SH.  I went back.  We don't actually have the

11    transcript, the government doesn't yet, so it's

12    relying on the recollection of the testimony that was

13    given, as well as to some degree grand jury testimony.

14         But Ms. H did in fact indicate that the

15    subservience or the sex that she rendered to the

16    defendant after she was brought from the Imperial

17    Hotel back to Marcus Garvey actually did precede the

18    gun being placed on the table, when she asked is that

19    supposed to scare me and he indicated -- I don't want

20    to use the exact words -- you're right, that is what

21    the intent of those guns is or are.

22         I think perhaps the reason I got that confused

23    is because NF said that he pulled a gun out and placed

24    it on there, knowing nothing of what SH had to say

25    about her experience with the defendant.  That's when

1       the defendant said to her get on your job, what she

2       understood to mean that she too would have to engage

3       in oral and then vaginal sex with the defendant.

4           I say all this not to try to rehash this.  In

5       some ways I feel like I'm taking the bait, Your Honor,

6       because these are things that maybe would be arguments

7       we would be making had this been a bench trial and we

8       were now litigating Your Honor's findings.

9           But the point is that 12 citizens heard from all

10      of these individuals, and they also heard an expert

11      named Florence Burke try to explain to them very

12      briefly how these individuals are victims in ways that

13      they can't even begin to understand.

14          The government admittedly was frustrated to some

15      degree in what was perceived a little bit as an ad

16      hominem attack on the victims after the verdict in the

17      form of the defense's memo.  But yet they are so

18      willing and ready to highlight the circumstances and

19      the facts by which they say form the foundation, a

20      creation or an environment that led to Jeremy Naughton

21      as he was from, say, 2001 to the end of the conspiracy

22      in 2010, where the government submits during that

23      range of period he preyed on vulnerable individuals.

24          In this instance, it's the individuals who

25      actually for once had a voice, but a voice perhaps

1    that they didn't fully understand, a voice that Ms.

2    Burke at least was able to indicate and educate the

3    jury, and quite honestly, to educate the government,

4    as we sat here at the table, about the fact that these

5    individuals feel that the only recourse they have is

6    to reach out to other prostitutes, to other

7    individuals, because they don't understand that

8    society at large is still able to weigh in and condemn

9    the behavior of someone like Jeremy Naughton, because

10   their experiences by and large with law enforcement

11   have been unfriendly.

12        It's not to say that there's not free will.

13   Absolutely they have choice in how they got there, but

14   that doesn't obviate or somehow change it.  It is a

15   particularly vulnerable class of persons, and the

16   defendant has demonstrated that he was willing to prey

17   on that vulnerability without haste or without cease.

18        One of the things that the government found

19   notable, and I suspect the jury did too, was the

20   repetition or the speed or the alacrity with which the

21   defendant, after one victim was either discarded by

22   him, was either beaten by him, or actually got away

23   from him, that immediately another individual would be

24   replaced in that series or litany of events that

25   ultimately became almost a cohesive timeline.

1          Even in that timeline itself, we heard testimony

2     at trial about other individuals whose names we do not

3     know, or maybe we know their street name, like a name

4     like Fancy.  MB talked about the individual that she

5     tried to pull into a vehicle, got away from the

6     defendant.

7          We heard testimony from ML about another

8     individual who was in the vehicle when she was trying

9     to be coerced or pulled into the defendant's vehicle.

10         We heard testimony from RP how she was at this

11    hotel, not of her choosing, but of the defendant's

12    choosing, when she saw the defendant rush into another

13    female's hotel room, whose fate we do not know.

14         I'm not asking Your Honor to speculate.  It

15    wouldn't be fair to do that.  The point I'm trying to

16    make is that the vulnerability that the defendant

17    exploited is not limited or unique to these 11

18    individuals, to whom we would hope or expect to hear

19    perhaps some apology directly from the defendant

20    today, and maybe we will; but rather, a condemnation

21    of the entire game, because the game is a euphemism.

22    The government submits that the game is a fancy way or

23    a street way of describing what's really tantamount to

24    modern day chattel.

25         It's not an attempt to be melodramatic or try to

1    suggest that that's, you know, applying an old statute

2    that has been on the books, thank God, for a long time

3    to a modern time paradigm that culture has come to

4    accept, because, quite honestly, the government, we're

5    not so cynical to think that culture hasn't come to

6    accept this form of modern day chattel that we will

7    all look the other way.  The problem is the reason we

8    get there is because oftentimes, that is how in fact

9    it is perceived.

10         I have a sentencing that I would like to read

11    very briefly.  It's both a plea and a sentencing that

12    took place in Prince George's County, where a jurist

13    in Prince George's County was addressing the defendant

14    after in fact --

15         It's actually the incident involving JH, where,

16    in February of 2009, the defendant drove -- I'm sorry,

17    February of 2010 -- drove JH from Brooklyn, New York

18    to Lanham, Maryland, and before she saw her first

19    client or her first john, they were arrested that day.

20         Ultimately in 2010, in August 2010, so

21    approximately five months later, after the prosecutor

22    relays to the jurist that this is an individual from

23    New York City, he indicated that he has a New York

24    City sex abuse, that he has been charged with

25    attempted murder in New York City, and then he goes on

1    to talk about the instant case before the jurist in

2    Prince George's County.

3         Then after there is some dialogue about what's

4    actually being pled to in that context, the Court says

5    the following:

6         He said he has pled guilty.  He is found guilty.

7    He is given a suspended sentence generally on paper,

8    no supervised probation for a period of two years,

9    specific condition.

10         Then his last thing he says is no more pimping

11    in Prince George's County.  Go over to Montgomery

12    County, man.

13         I'm not trying to embarrass anyone that would

14    have said that.  For the record, certainly it's not my

15    province to do that, but --

16         THE COURT:  It happened in the New York police

17    station, as I recall.

18         MR. CROOKS:  That's correct.  That's absolutely

19    correct.  That's another point.

20         And too oftentimes, the victim or an individual

21    is proverbial given $20 and put on a train to nowhere,

22    as we heard in this case.

23         I recall that there was a Sergeant McQuade who

24    testified that KS or KS, who they say perhaps was

25    malingering or making this up, he courageously, in the

1    government's opinion, came in here and said the first

2    thing she said in an excited utterance manner is that

3    she had been abandoned and brought here from somewhere

4    in the south against her will, and held against her

5    will.

6        But I submit what happened after that wasn't an

7    attempt, at least on the part of this prosecution

8    table, to embarrass any law enforcement.  But I think

9    that the conclusion the jury reached, certainly the

10   conclusion that this table reached, was that KS or KS

11   was given the short shrift after that, and after we

12   analyzed the timeline, could not have spent more than

13   two minutes actually substantively discussing what had

14   gone on before, again, she was given $20 and put on a

15   train.  And too often, that is the response.

16       Again, this isn't a trial -- it sort of has been

17   suggested I got between the lines and somehow we are

18   putting First Amendment on trial.  The government

19   takes extraordinary exception to that.  We would like

20   to think we're advocates to the First Amendment.

21       I'm first to admit -- I don't want to be a

22   hypocrite -- I've actually followed Jay-Z.  I've had

23   him on my iPod, on my run mix.  But I have to confess

24   that I never analyzed the lyrics that are attached in

25   B in the defense memorandum.

1          I raise that not because we are trying to sort

2     of move this dialogue in a different way, because this

3     should be about justice, and about respect for the

4     jury's verdict today.  I raise that only to say that

5     is perhaps the numbness or the response generally that

6     seems to be applied to many of these cases where in

7     fact there are not minors involved.  Because where

8     there are minors involved, it becomes much more close

9     to a strict scrutiny analysis, where the decision

10    matrix is much more clean, and it is much more simple.

11         Cases like this are actually extremely rare.

12    Ms. Burke indicated that she didn't recall another

13    case of this sort that she had been involved in, and

14    she has been involved in many.

15         I say that because this is a unique opportunity

16    for not only specific deterrence, because the

17    government does think specific deterrence is uniquely

18    applicable to Mr. Naughton, where he has shown time

19    and time again that when given a break, whether it is

20    something because he has bragged about the fact that

21    he got a break, because it is something that he paid

22    for with a good attorney, or whether it's simply

23    certain hope or expectations have been extended to him

24    where he has proven folks wrong, specific deterrence,

25    the government submits, is very well within Your

1      Honor's right to consider in this case, because I do

2      think he is at risk for recidivism.

3           But this is also a unique and rare day where

4      general deterrence can also become part of Your

5      Honor's calculus because these are rare events, these

6      are rare trials, and because the dynamics that are

7      involved are prolific, but rarely called to account,

8      if you will.

9           I think that is one of the key factors under

10     3553 that the government is asking Your Honor to

11     credit, where it's a dynamic that Your Honor is well

12     within your power and your wisdom to speak in a larger

13     sense for society, and whether these are crimes that

14     we are going to have on the books, but not bring

15     readily or not challenge readily, or actually address

16     head on.

17          That's what the government, quite simply, is

18     asking Your Honor to do today, as well to incorporate

19     all the other issues raised in the memo.

20          There are items that I anticipated they would

21     raise today about the map, and about whether ML's

22     credibility should be somehow taken away because of

23     this map.

24          I lived in New York.  I lived in specifically

25     Brooklyn for ten years, and I can tell you that people

1    refer to the entire swath of the area that are broken

2    down into little color codes on Defense Exhibit Number

3    1 todays as Flatbush.

4        Even if Your Honor doesn't credit that,

5    certainly because I'm not here to testify, but the pin

6    map or the pinpoint that they placed is just a tick or

7    a click away, if you will, from the area that they

8    even have labeled as Flatbush.

9        The government raised that in the sentencing

10   memorandum because in the objections to the PSR,

11   essentially the defense said you should discredit ML

12   or ML entirely, and the government submits that she

13   had no ax to grind, that the circumstances under which

14   she was discovered by law enforcement, not knowing

15   what this case was about --

16       And law enforcement, that is Detective Stack,

17   and actually I was a party to the phone call when we

18   contacted ML, knew only of the 2010, what was charged

19   as an attempted robbery, but appeared to be an

20   attempted abduction, and in fact it played itself out

21   to be that through the testimony, which I think the

22   jury credited.

23       But in that first conversation she told about

24   the much more horrific event that happened

25   approximately a year before, when the defendant did in

1     fact live near Grafton Avenue.

2          When the government in its memo says that there

3     were pieces of paper discovered indicating he lived in

4     Flatbush, I too, having lived in Brooklyn for a long

5     period of time and prosecuted cases up there for

6     almost a decade, thought that encompassed the area of

7     what I knew to be Flatbush.

8          I have no doubt that ML, who is from Queens, and

9     grew up in halfway houses and orphanages in Manhattan,

10    Bronx and Queens, but never Brooklyn, she too

11    probably, I submit, thought of that entire area of the

12    park and behind the park as Flatbush.

13         But again, I feel like I'm taking the bait

14    hidden in the weeds.  I didn't mean to take the bait.

15    What I would like to say, Your Honor, quite simply is

16    that the government asks Your Honor to credit the

17    full, the full capacity of the verdict of the jury.

18         THE COURT:  The jury did a very thoughtful job.

19    As a matter of fact, I think they acquitted on who I

20    thought was your best witness, who I think was the

21    first witness.

22         MR. CROOKS:  That's right.  I'll be quiet, but I

23    did want to say that the government felt it was a very

24    contemplative jury, as evidenced by their nuanced

25    verdict and their careful consideration.

1          THE COURT:  The jury did a good job.

2          Mr. Naughton, before I impose sentence upon you,

3     I would be glad to hear anything you have to say.  Of

4     course, I read your letter.  You don't have to say

5     anything at all.  I wouldn't hold that against you.

6     But if there is anything you want to say, I would be

7     glad to hear it.

8          If you want to say something, you can stand up,

9     sit down, do whatever you would like.

10          (Defense counsel talking to the defendant.)

11          THE DEFENDANT:  Yeah.  I wrote the letter.  You

12     know, I gave full thought to what I wrote in the

13     letter.  You know, the letter clearly expresses, you

14     know, how I feel.

15          I think just, you know, being sentenced today,

16     just wherever I'm sent to, you know, it's an

17     opportunity I need to further my education, you know,

18     just use this time to better myself, you know, not to

19     fight against circumstances, but use circumstances to

20     better myself.

21          You definitely have the letter.  That's

22     something I thought over and over, and rewrote over

23     and over so I would be clear what I'm saying today.

24     Again, thank you.

25          (Pause.)

1          THE COURT:  Well, let me tell you what my

2     sentence is and state briefly the reasons for it.  I'm

3     sitting up here doing the math.

4          The bottom line is I'm going to sentence you to

5     the custody of the Attorney General for a period of 36

6     years.  For the record, let me say how that is and if

7     I've got it wrong, you all can correct me.

8          As to Counts 1, 4, 6, 8 and 12, the sentence is

9     348 months.  Am I doing this right?

10          As to Count 2, I am imposing the minimum

11     consecutive of 84 months.  That should add up to 432.

12          As to Counts 5, 6, 9, 10, 13 and 16, I sentence

13     you to the custody of the Attorney General for 120

14     months on each count.  All of those run concurrently,

15     as well as they run concurrently with the sentence in

16     1, 4, 6, 8 and 12, and the sentences in 1, 4, 6, 8 and

17     12 will run currently.  I think that's right.

18          In imposing the sentence, it's a variant

19     sentence.  It's below anybody's calculation of the

20     guidelines.

21          I appreciate the government's recommendation.  I

22     commend it for it.  The government could be right that

23     50 years would be appropriate, and it could be that

24     the 36 is too much; but it is what I deem to be the

25     appropriate sentence, giving it due respect for the

1    guidelines, the jury's verdict, which I do really

2    think it was a very thoughtful jury.  But finally,

3    what I have to do is to exercise my own judgment under

4    Section 3553.

5         The nature and circumstances of the offense, I'm

6    not going to be rhetorical about it.  But clearly,

7    from the point of view of general society, it is

8    unacceptable, it's terrible, and it needs to be

9    deterred.

10        Your background, Mr. Naughton, cannot help.

11   Nobody from our society wants to live through what you

12   had to go through, but finally, we are all

13   responsible.

14        It is absolutely essential that my sentence

15   reflects the seriousness of the offense from society's

16   point of view, and 36 years is a long time.

17        I also think that sentence promotes respect for

18   the law and provides just punishment.

19        I also think that a very long sentence, and I

20   consider 36 years to be a long sentence, is necessary

21   to be thought of as general deterrence.

22        In terms of specific deterrence, and to protect

23   the public from further crime of this nature by you, I

24   really think that 36 years is enough.  I know Mr.

25   CitaraManis is not off when he says that this is a

1    young person's game, that being prostitution or

2    pimping.

3        So I think that to review this dispassionately,

4    one has to think of not general deterrence of you, and

5    not specific deterrence of you, but other people

6    similarly situated at your age at this time.  I think

7    that 36 years is necessary.

8        Thirty-six is very close to being half between

9    what defense counsel has recommended and what the

10   government has recommended.  Frankly, a lot of that

11   writing I was doing was trying not to have it look

12   like that's what I did, was to cut the baby.  That's

13   not what I did.  It's just that I did the math.  It

14   just doesn't matter.  Thirty-six years is a long time.

15       There was violence involved.  Whether you

16   believe any specific detail, there was violence

17   involved, and there was exploitation of vulnerable

18   people.  That is true, and it is unacceptable.

19       But I am like Mr. CitaraManis.  I think that you

20   can't survive without hope.  This is a long sentence.

21   I know that.  If I were you, I wouldn't want to

22   receive it, but you have to for the reasons I stated.

23       But you're going to be a younger man than I am

24   now when you get out of prison, and you're going to

25   have time, plenty of time left, and plenty of time to

1    live a happy and productive life.

2        Thank God we don't just live in the world of

3    mandatory guidelines or the whole tenor of these

4    proceedings would have been different, where you would

5    have been trying to account for a month here or a

6    month there.

7        The presentations by both counsel, I commend.

8    Mr. CitaraManis I think did a god job in this case

9    under the circumstances, and the jury's verdict.

10       I commend the government for, frankly, focusing

11   upon the issues and not upon the guidelines and the

12   mandatory minimum.

13       This is a qualitative issue.  When it's a

14   qualitative issue, there is no answer.  All I am

15   trying to do is to exercise the best judgment I can,

16   as I am required to under Section 3553, as to the

17   appropriate sentence.  For the reasons I stated, I

18   think the sentence that I imposed is appropriate.

19       If it looks like a compromise between the two,

20   it's not.  It's what I considered to be the best

21   effort.

22       You, of course, have the right to appeal your

23   conviction and your sentencing, and the government has

24   the right to appeal the sentence.

25       How many days, Mr. CitaraManis?  Well, you'll

1    talk to your client.  I don't want to say anything

2    wrong.

3          That's my sentence, and the reasons for it.  If

4    anybody believes I have erred for the reasons I stated

5    on the record, they have a right to appeal the

6    sentence.

7          THE CLERK:  Your Honor, supervised release?

8          THE COURT:  Supervised release of life.

9          MR. CITARAMANIS:  I'm sorry, Your Honor.

10         THE COURT:  I think that includes the general

11   conditions, and I think registering --

12         Mr. CitaraManis, in his most recent letter, said

13   it is not something which requires, under federal law,

14   registration as a sex offender.  I'm inclined to

15   believe that he is right, but does the government

16   disagree with that?

17         MR. CROOKS:  It's discretionary, not mandatory.

18         THE COURT:  If the state requires, so be it, but

19   I'm not going to.

20         MR. CITARAMANIS:  I just ask the way the Court

21   word it is if the state requires it.

22         THE COURT:  If where Mr. Naughton is residing or

23   working or going to school requires it, the state --

24         I don't want to try to predict what the state

25   law says.  There is mandatory registration if the

1      state law, if applicable state law requires it.

2              MR. CITARAMANIS:  Yes, sir.

3              THE COURT:  Excuse me.

4              MS. SPINNICCHIO:  I think you forgot the special

5      assessment of $1200.

6              THE COURT:  I certainly did forget the special

7      assessment, so I thank you very much.

8              MS. SPINNICCHIO:  You're welcome.

9              THE COURT:  It's a hundred dollars for each

10     count.

11             MR. CITARAMANIS:  The term of supervised

12     release, five years, Your Honor?

13             THE COURT:  No, I said life.

14             MR. CITARAMANIS:  I'm sorry?

15             THE COURT:  Life.

16             MR. CITARAMANIS:  It's the maximum of five, Your

17     Honor.

18             THE COURT:  Five years concurrent to each count.

19             MS. SPINNICCHIO:  I believe it's five years on

20     count --

21             It's five year maximum on Counts 1, 2, 4, 6, 8

22     and 12, and I think a three-year maximum on 5, 7, 9,

23     10 --

24             THE COURT:  It's five years then as to each.

25     It's the maximum as to each.

1        MR. CROOKS:  I think 3583(k) speaks to that, if

2    I can look, Your Honor?

3        MS. SPINNICCHIO:  Your Honor, I don't think you

4    addressed the fine.

5        THE COURT:  No fine, because Mr. Naughton can't

6    afford to pay it.

7        MR. CROOKS:  Your Honor, 3583(k) says

8    notwithstanding the prior subsection, any offense

9    under, any offense under 1591, which these are, is any

10   term of years not less than five or life.  So I read

11   it differently, that it is not less than five, Your

12   Honor, or life.

13       THE COURT:  It's life or five under --

14       MR. CROOKS:  It's 3583, Subsection (k), Your

15   Honor.

16       THE COURT:  I'm going to make it five years as

17   to each of the counts as to which five years is the

18   maximum, three years --

19       It's five years as to the counts -- I'm not

20   going to introduce a conundrum in my sentence.

21       It's five years as to counts, what is it, 1?

22       MS. SPINNICCHIO:  It's five years as to Counts

23   1, 2, 4, 6, 8 and 12, and three years for Counts 5, 7,

24   9, 10, 13, and 16.

25       THE COURT:  Okay.  I adopt that.  They are all

1    concurrent.

2         MR. CITARAMANIS:  Your Honor, there are two

3    requests I have.  One is a recommendation to the

4    Bureau of Prisons to particular facilities, if the

5    Court would be inclined, and there are two reasons for

6    these facilities.  One is the proximity to family.

7         THE COURT:  Which ones?

8         MR. CITARAMANIS:  Those are, Your Honor, and

9    again, I realize it is up to the Bureau of Prisons to

10   determine the security level, so I'm kind of proposing

11   two FCIs in case he's eligible, FCI Fairton in New

12   Jersey and FCI Otisville in New York.

13        THE COURT:  If he's eligible.

14        MR. CITARAMANIS:  And if he isn't eligible, then

15   USP Allenwood in Pennsylvania, if he is sent to a

16   penitentiary.

17        THE COURT:  I'm sure the government has no

18   objection to the recommendation.  It's up to the

19   Bureau of Prisons ultimately.

20        MR. CROOKS:  Your Honor, we don't have an

21   objection as to locality.

22        I did have one request, and I hate to be a

23   technocrat at this late hour.

24        THE COURT:  You're not being a technocrat.

25        MR. CROOKS:  I know of a couple colleagues who,

1    months down the road in Richmond, have faced the

2    challenge where it was found that it was a below

3    guideline sentence, and that the Court would have

4    gotten there regardless of what the guidelines are;

5    but that the guidelines' parameters had to at least

6    have been arrived at.

7         I know Your Honor certainly suggested that.  I'm

8    only doing this with an eye --

9         THE COURT:  No, no.  I didn't do that.

10        I think that the government's calculation of the

11   guidelines are correct.  It would have been, for the

12   reasons I stated, a variant sentence under any way you

13   cut it.  But I think that your analysis, which is a

14   fair analysis, is correct.

15        So it's a variant sentence.  You're not being

16   technocratic at all.  I'm supposed to do it, and I

17   sort of sidelined that on the grounds that it was

18   going to be a variant sentence, no matter whose

19   guidelines I adopted.

20        But I think, as it were, I think the guidelines

21   calculations are correct.

22        MR. CROOKS:  Thank you.

23        THE COURT:  I notice that Detective Stack is

24   here.  God bless you for the work you have done.

25        DETECTIVE STACK:  Thank you, Your Honor.

1          THE COURT:  It's tough.

2          MR. CITARAMANIS:  Your Honor, there are a couple

3    of other things I just wanted to make clear, that we

4    would object to any sex offender treatment condition,

5    supervision, and then there were the other objections.

6          THE COURT:  This isn't a sex offender case.

7    Obviously there is personal sex involved, which added

8    to it, but this is not a sex offender case.

9          MR. CITARAMANIS:  Then finally, Your Honor, the

10   issue of credit, pretrial custody credit.

11         THE COURT:  Isn't that automatic?

12         MR. CITARAMANIS:  I'm sorry, Your Honor?

13         THE COURT:  Isn't that automatic?

14         MR. CITARAMANIS:  Well, this is how the case has

15   maybe a little different wrinkle.

16         He was arrested on the federal indictment or

17   complaint on April 25th, I think, of 2012.  He had

18   been in custody, though, previous to then.

19         Our position would be he should be given credit

20   from July 10th of 2011, when the violation of

21   probation warrant from Montgomery County in the

22   related case involving MB was lodged as a detainer

23   against him while he was at Rikers, and that time

24   since then has not been credited towards any other

25   sentence.  So we would submit, therefore, it should

1    technically --

2         THE COURT:  Was he going to get out of Rikers

3    anyway -- I can't remember -- but for the detainer?

4         MR. CITARAMANIS:  Well, he didn't get out from

5    Rikers.

6         THE COURT:  But would he have gotten out?  But

7    for the detainer, would he have gotten out?

8         MR. CITARAMANIS:  Well, our contention is he

9    would have, because he had posted bail, or at least

10   there was a bail ready to be posted, but wasn't

11   because of the detainer.  You know, I think we had

12   that issue at the pretrial motions hearing.

13        THE COURT:  What sentence did he end up with by

14   the time the Rikers became academic?

15        MR. CITARAMANIS:  He was acquitted of that

16   charge, so that time wasn't credited towards any other

17   sentence.

18        THE COURT:  So what are we talking about, from

19   what period of time?

20        MR. CITARAMANIS:  Well, it would be roughly nine

21   months, but it's from specifically July 10th of 2011,

22   is when that warrant was lodged as a detainer.

23        THE COURT:  When was he taken into federal

24   custody?

25        MR. CITARAMANIS:  April 25th, I think it was the

1    25th, of 2012.

2        MR. CROOKS:  Your Honor, the government feels a

3    fair resolution of this is from the day he was

4    acquitted.

5        The defendant proffered at the hearing that he

6    could have made bail, but chose not to try to make the

7    bail and deal with the matter in Maryland, as he was

8    within his right to do.

9        That being said, he should be credited for the

10   time in New York from the time that the acquittal was

11   handed down, even though that was state custody in New

12   York, ultimately state custody in Montgomery County,

13   and then federal custody in April of '12.  But the

14   government is suggesting --

15       THE COURT:  When was the acquittal.

16       MR. CROOKS:  I believe it December, December of

17   '11.  It was either November or December of '11.

18       At that time he was awaiting trial and it was

19   still well within his capacity to try to make bail.

20       So we're I guess proposing something in the

21   middle.  He certainly should get credit in New York,

22   because the minute that acquittal happened, then it

23   truly is a Montgomery County detainer.

24       MR. CITARAMANIS:  Your Honor, if the Court would

25   like -- I don't have that exact date, when he was

1    acquitted.  Maybe if we could between ourselves --

2         THE COURT:  I will further order that, and I

3    hope the Bureau of Prisons -- if this is a problem,

4    come back because clearly, Mr. Crooks is right, on the

5    date of the acquittal.  If they don't credit it, they

6    should.

7         I will order credit from the date of the

8    acquittal, and if you would provide that --

9         MR. CITARAMANIS:  That date.

10        THE COURT:  -- to the present, because from that

11   date on, clearly the only, if it related to the

12   Montgomery County charge, he should be given credit.

13        MR. CITARAMANIS:  Thank you.

14        THE COURT:  Anything further?

15        THE CLERK:  Your Honor, the supervised release

16   conditions, are you going with everything recommended

17   in the PSR, except for the sex offender?

18        THE COURT:  Except for the sex offender.

19        THE CLERK:  Thank you.

20        THE COURT:  Thank you all.  Good job on both

21   sides.  Good luck, Mr. Naughton.

22        MR. CROOKS:  Thank you, Your Honor.

23        (The proceedings concluded.)

24

25

1                              INDEX

2       DEFENSE SENTENCING EXHIBIT              REC'D

3       1                                       18

1          REPORTER'S CERTIFICATE

2          I hereby certify that the foregoing transcript in

3     the matter of United States of America vs. Jeremy

4     Naughton, AKA Jerms Black, Defendant, Criminal Action

5     No. JFM-12-0229, before the Honorable J. Frederick

6     Motz, United States District Judge, on September 20,

7     2013 is true and accurate.

8

9                    _____

10                   Gail A. Simpkins

11                   Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$1200** [1] - 57:5
**$20** [2] - 45:21, 46:14

**'**

**'11** [2] - 63:17
**'12** [1] - 63:13

**1**

**1** [10] - 18:16, 18:17, 49:3, 52:8, 52:16, 57:21, 58:21, 58:23, 65:3
**10** [3] - 52:12, 57:23, 58:24
**100** [2] - 39:13, 39:14
**10th** [2] - 61:20, 62:21
**11** [7] - 16:6, 39:10, 40:1, 40:2, 40:5, 43:17
**12** [8] - 16:6, 38:10, 41:9, 52:8, 52:16, 52:17, 57:22, 58:23
**120** [1] - 52:13
**13** [3] - 2:21, 52:12, 58:24
**14** [2] - 2:21, 36:20
**15** [1] - 6:13
**1591** [1] - 58:9
**16** [4] - 27:21, 28:7, 52:12, 58:24
**17** [1] - 36:20
**18** [1] - 65:3

**2**

**2** [6] - 16:1, 16:8, 52:10, 57:21, 58:23
**20** [2] - 1:9, 66:6
**2001** [2] - 2:20, 41:21
**2005** [1] - 27:21
**2009** [3] - 12:2, 37:1, 44:16
**2010** [8] - 12:1, 27:21, 41:22, 44:17, 44:20, 49:18
**2011** [2] - 61:20, 62:21
**2012** [2] - 61:17, 63:1
**2013** [2] - 1:9, 66:7
**22** [5] - 6:18, 24:13, 24:22, 27:8, 31:20
**22-year** [3] - 6:8, 28:19, 30:10
**25** [4] - 27:8, 27:18, 28:2, 30:25
**25th** [3] - 61:17, 62:25, 63:1

**27** [1] - 34:21
**28** [2] - 27:8, 28:3

**3**

**3** [1] - 35:23
**302** [1] - 20:19
**32** [3] - 30:10, 32:8, 32:9
**324** [1] - 34:21
**33** [1] - 32:9
**332** [2] - 19:14, 19:20
**34** [1] - 34:18
**348** [1] - 52:9
**3553** [3] - 48:10, 53:4, 55:16
**3553(a** [3] - 6:8, 17:21, 30:6
**3583** [1] - 58:14
**3583(k** [2] - 58:1, 58:7
**36** [6] - 52:5, 52:24, 53:16, 53:20, 53:24, 54:7
**38** [1] - 34:21
**3D1.4** [1] - 34:8

**4**

**4** [6] - 34:21, 52:8, 52:16, 57:21, 58:23
**405** [1] - 34:21
**43** [1] - 5:14
**432** [1] - 52:11

**5**

**5** [3] - 52:12, 57:22, 58:23
**50** [5] - 3:21, 30:11, 31:23, 32:12, 52:23
**50-year** [2] - 3:12, 29:7

**6**

**6** [5] - 52:8, 52:12, 52:16, 57:21, 58:23

**7**

**7** [2] - 57:22, 58:23

**8**

**8** [5] - 52:8, 52:16, 57:21, 58:23
**80** [1] - 32:1
**84** [5] - 5:7, 6:10, 6:11, 6:16, 52:11
**87** [1] - 4:19
**8th** [1] - 13:23

**9**

**9** [3] - 52:12, 57:22, 58:24
**924(c** [2] - 4:4, 6:17
**924(c)** [1] - 6:12
**9th** [1] - 13:25

**A**

**abandoned** [1] - 46:3
**abduction** [1] - 49:20
**able** [5] - 11:1, 11:2, 42:2, 42:8
**above-entitled** [1] - 1:11
**absolutely** [3] - 42:13, 45:18, 53:14
**abuse** [2] - 23:4, 44:24
**academic** [1] - 62:14
**accept** [4] - 22:22, 44:4, 44:6
**accepted** [5] - 17:11, 19:11, 25:13, 25:20, 26:12
**accomplish** [3] - 24:14, 24:24, 30:7
**account** [3] - 6:21, 48:7, 55:5
**accurate** [3] - 6:6, 8:7, 66:7
**accurately** [1] - 20:8
**accusations** [1] - 8:6
**accusers** [1] - 9:4
**acknowledge** [2] - 10:1, 10:4
**acknowledged** [2] - 11:1, 35:13
**acquittal** [1] - 63:10, 63:15, 63:22, 64:5, 64:8
**acquittals** [1] - 7:24
**acquitted** [5] - 14:24, 50:19, 62:15, 63:4, 64:1
**Action** [1] - 66:4
**activity** [1] - 30:22
**acts** [1] - 4:8
**actual** [1] - 39:1
**ad** [1] - 41:15
**add** [1] - 52:11
**added** [1] - 61:7
**adding** [1] - 4:13
**addition** [1] - 36:1
**address** [8] - 8:17, 9:20, 10:11, 19:14, 19:16, 19:18, 19:22, 48:15
**addressed** [3] - 9:9, 9:17, 58:4

**addresses** [6] - 18:5, 18:6, 19:6, 19:8, 19:10, 20:8
**addressing** [1] - 44:13
**adjustments** [2] - 34:11, 34:19
**admit** [2] - 40:7, 46:21
**admittedly** [1] - 41:14
**adopt** [5] - 5:9, 9:19, 10:21, 34:13, 58:25
**adopted** [1] - 60:19
**adopting** [1] - 35:7
**advantage** [1] - 21:18
**advocates** [1] - 46:20
**affecting** [1] - 30:13
**afford** [1] - 58:6
**afforded** [1] - 38:7
**afternoon** [5] - 2:3, 2:8, 2:9, 2:10, 40:9
**age** [5] - 2:19, 30:15, 31:10, 31:15, 54:6
**ages** [2] - 36:19, 36:20
**agree** [2] - 29:24, 40:8
**agreed** [1] - 39:20
**agrees** [1] - 37:23
**ahead** [1] - 8:21
**AKA** [1] - 66:4
**aka** [1] - 1:6
**alacrity** [1] - 42:20
**allegation** [3] - 16:13, 20:25, 21:21
**allegations** [3] - 4:7, 25:4, 27:13
**alleged** [2] - 18:19, 27:15
**Allenwood** [1] - 59:15
**allow** [1] - 22:24
**allowed** [1] - 28:16
**almost** [10] - 9:25, 20:3, 20:13, 21:9, 32:9, 37:4, 38:11, 42:25, 50:6
**alone** [1] - 16:12
**Amendment** [2] - 46:18, 46:20
**America** [1] - 66:3
**AMERICA** [1] - 1:4
**analysis** [4] - 37:7, 47:9, 60:13, 60:14
**analytical** [2] - 35:18, 37:25
**analyze** [1] - 23:6
**analyzed** [2] - 46:12, 46:24
**Anderson** [1] - 35:11
**Anderson's** [1] - 37:21
**answer** [1] - 55:14
**antagonistic** [1] - 33:12

**anticipated** [1] - 48:20
**anyway** [1] - 62:3
**apartment** [9] - 12:19, 14:1, 14:3, 18:1, 18:6, 19:8, 37:20, 37:24
**apologize** [1] - 12:2
**apology** [1] - 43:19
**appeal** [3] - 55:22, 55:24, 56:5
**Appeals** [1] - 27:10
**appeared** [2] - 19:9, 49:19
**applicable** [2] - 47:18, 57:1
**applied** [3] - 35:8, 38:6, 47:6
**applying** [1] - 44:1
**appreciate** [2] - 23:15, 52:21
**appropriate** [9] - 3:21, 5:2, 5:4, 6:20, 33:1, 52:23, 52:25, 55:17, 55:18
**April** [3] - 61:17, 62:25, 63:13
**area** [5] - 25:15, 49:1, 49:7, 50:6, 50:11
**arguably** [1] - 28:5
**argue** [1] - 17:13
**argued** [1] - 11:5
**arguments** [2] - 38:11, 41:6
**arose** [1] - 21:14
**arrested** [2] - 44:19, 61:16
**arrived** [2] - 5:15, 60:6
**arsenal** [2] - 12:20, 12:21
**artist** [2] - 34:1
**ascertain** [1] - 16:21
**aside** [3] - 22:16, 22:18
**aspect** [1] - 16:23
**aspects** [4] - 9:16, 9:22, 10:19, 12:3
**assault** [1] - 21:25
**assaulted** [1] - 17:25
**assaulting** [3] - 20:12, 20:17, 21:1
**assertions** [2] - 6:2, 7:12
**assessment** [2] - 57:5, 57:7
**assistance** [1] - 26:19
**Assistant** [1] - 2:7
**astounding** [1] - 22:10
**attached** [1] - 46:24
**attack** [1] - 41:16
**attempt** [2] - 43:25,

46:7
**attempted** [3] - 44:25, 49:19, 49:20
**attention** [2] - 12:13, 27:6
**Attorney** [3] - 2:7, 52:5, 52:13
**attorney** [1] - 47:22
**Attorney's** [1] - 27:11
**attributes** [1] - 20:16
**August** [1] - 44:20
**aura** [1] - 8:9
**automatic** [2] - 61:11, 61:13
**Avenue** [3] - 19:13, 19:14, 50:1
**awaiting** [1] - 63:18
**aware** [2] - 23:20, 23:22
**awkward** [1] - 21:8
**ax** [1] - 49:13

## B

**baby** [1] - 54:12
**background** [4] - 6:22, 17:23, 23:21, 53:10
**backgrounds** [1] - 10:23
**bad** [1] - 33:3
**bail** [5] - 62:9, 62:10, 63:6, 63:7, 63:19
**bait** [3] - 41:5, 50:13, 50:14
**Baltimore** [1] - 1:8
**bank** [1] - 31:4
**base** [1] - 34:18
**basic** [1] - 17:14
**bear** [3] - 8:14, 26:9, 26:11
**beat** [1] - 37:8
**beaten** [2] - 21:4, 42:22
**became** [3] - 11:4, 42:25, 62:14
**become** [1] - 48:4
**becomes** [2] - 8:22, 47:8
**Bed** [9] - 18:22, 18:24, 19:12, 19:13, 19:23, 19:24, 22:20, 22:23
**Bed-Stuy** [9] - 18:22, 18:24, 19:12, 19:13, 19:23, 19:24, 22:20, 22:23
**Bedford** [1] - 18:21
**began** [1] - 39:21
**begin** [1] - 41:13
**begrudge** [1] - 38:13

**behalf** [3] - 7:8, 28:14, 28:15
**behavior** [3] - 6:23, 27:8, 42:9
**behind** [2] - 17:14, 50:12
**believes** [1] - 56:4
**below** [4] - 18:23, 18:24, 52:19, 60:2
**bench** [1] - 41:7
**beneath** [1] - 21:18
**benefit** [1] - 39:4
**best** [4] - 8:22, 50:20, 55:15, 55:20
**better** [5] - 31:8, 33:4, 33:7, 51:18, 51:20
**bettering** [1] - 33:11
**between** [8] - 16:3, 27:20, 33:3, 36:20, 46:17, 54:8, 55:19, 64:1
**beyond** [4] - 17:13, 17:14, 21:18
**bit** [2] - 36:4, 41:15
**Black** [1] - 66:4
**black** [1] - 25:17
**BLACK** [1] - 1:6
**blame** [1] - 12:25
**bless** [1] - 60:24
**body** [1] - 7:23
**books** [2] - 44:2, 48:14
**bottom** [4] - 3:10, 3:11, 10:20, 52:4
**bought** [1] - 25:2
**Boulevard** [1] - 19:11
**bragged** [1] - 47:20
**break** [3] - 3:25, 47:19, 47:21
**briefly** [4] - 11:9, 41:12, 44:11, 52:2
**bring** [2] - 26:9, 48:14
**broader** [1] - 22:23
**broken** [1] - 49:1
**Bronx** [1] - 50:10
**Brooklyn** [7] - 18:11, 18:13, 18:23, 44:17, 48:25, 50:4, 50:10
**brought** [2] - 40:16, 46:3
**Brownsville** [3] - 18:25, 19:1, 20:1
**Budlow** [2] - 1:19, 2:7
**BUDLOW** [1] - 2:9
**Bureau** [6] - 30:17, 59:4, 59:9, 59:19, 64:3
**Burke** [3] - 41:11, 42:2, 47:12
**business** [2] - 9:1,

12:12

## C

**calculation** [2] - 52:19, 60:10
**calculations** [1] - 60:21
**calculus** [1] - 48:5
**canceled** [2] - 15:12, 16:5
**cannot** [4] - 10:11, 11:11, 28:16, 53:10
**capacity** [2] - 50:17, 63:19
**card** [1] - 15:12
**care** [1] - 22:11
**careful** [1] - 50:25
**carry** [2] - 22:25, 26:13
**case** [42] - 1:11, 2:20, 3:14, 6:20, 6:23, 6:25, 7:12, 7:23, 8:5, 8:16, 8:24, 10:12, 10:22, 24:11, 24:23, 26:1, 27:15, 27:17, 27:24, 28:2, 28:3, 28:20, 29:5, 31:23, 32:3, 35:13, 36:11, 36:13, 37:16, 39:2, 45:1, 45:22, 47:13, 48:1, 49:15, 55:8, 59:11, 61:6, 61:8, 61:14, 61:22
**cases** [12] - 24:1, 24:3, 24:4, 27:7, 28:2, 28:4, 28:6, 28:8, 29:1, 47:6, 47:11, 50:5
**categorizes** [1] - 36:22
**Category** [1] - 34:21
**category** [1] - 35:23
**CD** [1] - 21:6
**cease** [1] - 42:17
**center** [1] - 38:19
**certain** [13] - 5:24, 6:5, 9:16, 10:19, 17:12, 17:18, 22:7, 22:14, 22:20, 26:22, 31:5, 31:10, 47:23
**certainly** [27] - 3:25, 4:22, 7:14, 11:5, 11:8, 11:22, 15:16, 16:18, 17:11, 17:12, 22:20, 27:5, 27:14, 30:12, 30:14, 31:11, 32:18, 33:7, 38:13, 40:7, 45:14, 46:9, 49:5, 57:6, 60:7,

63:21
**CERTIFICATE** [1] - 66:1
**certify** [1] - 66:2
**challenge** [2] - 48:15, 60:2
**chance** [1] - 2:11
**change** [2] - 14:6, 42:14
**changed** [1] - 19:18
**changes** [1] - 14:21
**Chapter** [1] - 35:23
**characteristics** [1] - 17:23
**characterize** [1] - 21:8
**characterized** [2] - 15:18, 27:13
**charge** [4] - 14:25, 21:25, 62:16, 64:12
**charged** [2] - 21:23, 44:24, 49:18
**Charles** [1] - 37:21
**chattel** [2] - 43:24, 44:6
**check** [1] - 14:16
**checked** [1] - 13:24
**checkout** [1] - 16:6
**choice** [1] - 42:13
**choices** [1] - 33:17
**choosing** [2] - 43:11, 43:12
**chose** [1] - 63:6
**circumstances** [9] - 6:22, 17:9, 36:14, 41:18, 49:13, 51:19, 53:5, 55:9
**CitaraManis** [8] - 1:22, 5:17, 38:12, 53:25, 54:19, 55:8, 55:25, 56:12
**CITARAMANIS** [55] - 2:10, 2:13, 2:15, 4:21, 4:25, 5:5, 5:18, 6:11, 8:1, 8:23, 13:11, 13:14, 21:20, 22:4, 22:13, 22:19, 23:8, 23:12, 23:15, 23:25, 24:7, 24:10, 24:19, 25:19, 26:5, 26:20, 28:12, 30:1, 30:4, 31:18, 32:9, 34:12, 34:16, 34:24, 56:9, 56:20, 57:2, 57:11, 57:14, 57:16, 59:2, 59:8, 59:14, 61:2, 61:9, 61:12, 61:14, 62:4, 62:8, 62:15, 62:20, 62:25, 63:24, 64:9, 64:13
**cited** [1] - 30:16

**citizens** [1] - 41:9
**City** [3] - 44:23, 44:24, 44:25
**claim** [1] - 17:25
**claimed** [2] - 14:2, 14:10
**claims** [5] - 5:24, 7:3, 7:11, 14:5, 15:25
**class** [1] - 42:15
**clean** [1] - 47:10
**clear** [3] - 35:16, 51:23, 61:3
**clearly** [4] - 51:13, 53:6, 64:4, 64:11
**CLERK** [3] - 56:7, 64:15, 64:19
**clerk** [1] - 18:15
**clerks** [1] - 22:25
**click** [1] - 49:7
**client** [3] - 7:8, 44:19, 56:1
**close** [2] - 47:8, 54:8
**closer** [1] - 37:5
**coded** [1] - 18:11
**codes** [1] - 49:2
**coerced** [1] - 43:9
**cohesive** [1] - 42:25
**colleague** [1] - 2:7
**colleagues** [1] - 59:25
**college** [2] - 32:16, 32:19
**color** [2] - 18:11, 49:2
**color-coded** [1] - 18:11
**coming** [2] - 28:9, 28:10
**commend** [3] - 52:22, 55:7, 55:10
**comments** [1] - 2:14
**Commission** [1] - 37:6
**common** [2] - 16:4, 16:10
**communicates** [1] - 15:15
**community** [3] - 22:24, 28:14, 32:6
**company** [1] - 19:20
**compelled** [2] - 7:8, 39:11
**compelling** [1] - 15:2
**complainant** [1] - 2:20
**complaining** [2] - 9:8, 9:23
**complaint** [1] - 61:17
**compromise** [1] - 55:19
**computation** [1] - 34:13

concerns [1] - 4:10
concluded [1] - 64:23
conclusion [2] - 46:9, 46:10
concurrent [3] - 6:15, 57:18, 59:1
concurrently [2] - 52:14, 52:15
condemn [1] - 42:8
condemnation [1] - 43:20
condition [2] - 45:9, 61:4
conditions [3] - 6:1, 56:11, 64:16
conduct [6] - 7:19, 7:24, 7:25, 23:3, 25:24, 35:17
confess - 46:23
conflicting [2] - 9:14, 26:24
confused [2] - 36:6, 40:22
Congress [2] - 4:20, 5:11
Congress's [1] - 4:14
connect [1] - 15:15
connected [1] - 4:2
connection [2] - 18:4, 20:6
consecutive [7] - 3:23, 4:13, 4:15, 4:18, 5:8, 6:16, 52:11
consequently [1] - 12:13
conservative [1] - 35:7
consider [2] - 48:1, 53:20
considerable [1] - 30:12
consideration [1] - 50:25
considered [1] - 55:20
consistent [1] - 14:21
conspiracy [3] - 4:7, 40:1, 41:21
constitute - 4:8
constituted [1] - 37:11
contact [2] - 12:4, 12:7
contacted [1] - 49:18
contemplative [1] - 50:24
contend [1] - 34:7
contention [2] - 20:11, 62:8
contentions [1] - 20:5
context [2] - 26:11,

45:4
continue [1] - 33:25
continuing [1] - 30:22
contracted [1] - 11:19
contradicted [4] - 9:11, 9:12, 12:2, 16:10
conundrum [1] - 58:20
conversation [1] - 49:23
conviction [2] - 38:5, 55:23
correct [6] - 45:18, 45:19, 52:7, 60:11, 60:14, 60:21
counsel [2] - 51:10, 54:9, 55:7
count [11] - 4:3, 4:4, 4:7, 4:9, 6:17, 16:17, 52:14, 57:10, 57:18, 57:20
Count [1] - 52:10
countries [1] - 22:10
Counts [5] - 52:8, 52:12, 57:21, 58:22, 58:23
counts [7] - 4:5, 5:7, 6:14, 7:24, 58:17, 58:19, 58:21
County [10] - 12:10, 44:12, 44:13, 45:2, 45:11, 45:12, 61:21, 63:12, 63:23, 64:12
couple [3] - 36:17, 59:25, 61:2
courageously [1] - 45:25
course [7] - 3:6, 14:13, 25:7, 34:18, 36:24, 51:4, 55:22
courses [1] - 32:16
COURT [85] - 1:1, 2:2, 2:11, 2:14, 2:23, 3:3, 3:6, 3:10, 3:15, 3:19, 3:22, 4:1, 4:10, 4:23, 5:3, 5:10, 5:16, 6:10, 7:17, 8:21, 13:9, 13:12, 21:16, 22:1, 22:5, 22:18, 22:22, 23:10, 23:13, 23:22, 24:5, 24:9, 24:16, 25:17, 25:25, 26:7, 28:10, 29:23, 30:2, 31:16, 32:7, 34:10, 34:15, 34:23, 35:1, 45:16, 50:18, 51:1, 52:1, 56:8, 56:10, 56:18, 56:22, 57:3, 57:6, 57:9, 57:13,

57:15, 57:18, 57:24, 58:5, 58:13, 58:16, 58:25, 59:7, 59:13, 59:17, 59:24, 60:9, 60:23, 61:1, 61:6, 61:11, 61:13, 62:2, 62:6, 62:13, 62:18, 62:23, 63:15, 64:2, 64:10, 64:14, 64:18, 64:20
court [1] - 31:1
Court [43] - 1:25, 4:21, 4:25, 5:9, 5:19, 5:20, 5:25, 7:13, 8:13, 8:15, 9:19, 11:9, 11:12, 11:16, 11:20, 17:15, 18:10, 18:14, 20:24, 22:16, 23:15, 23:17, 24:19, 25:6, 27:10, 28:9, 28:13, 29:9, 29:11, 30:5, 31:21, 32:2, 32:4, 33:22, 34:13, 35:20, 45:4, 56:20, 59:5, 60:3, 63:24, 66:11
Court's [4] - 11:13, 16:19, 18:15, 27:6
courtroom [1] - 39:14
covered [1] - 34:4
create [1] - 21:11
created [1] - 12:15
creates [2] - 8:9
creating [1] - 11:3
creation [1] - 41:20
credibility [4] - 9:10, 10:5, 38:16, 48:22
credit [14] - 13:4, 15:12, 37:15, 37:22, 48:11, 49:4, 50:16, 61:10, 61:19, 63:21, 64:5, 64:7, 64:12
credited [4] - 49:22, 61:24, 62:16, 63:9
crime [1] - 53:23
crimes [2] - 31:6, 48:13
CRIMINAL [1] - 1:5
criminal [2] - 2:4, 28:1
Criminal [2] - 2:5, 66:4
criticize [1] - 22:10
crooks [2] - 2:23, 35:1
Crooks [4] - 1:19, 2:2, 2:6, 64:4
CROOKS [23] - 2:3, 2:25, 3:5, 3:8, 3:11, 3:17, 3:20, 3:24, 4:3, 5:12, 35:2, 45:18, 50:22, 56:17, 58:1, 58:7, 58:14, 59:20, 59:25, 60:22, 63:2,

63:16, 64:22
cross [1] - 39:21
cross-examine [1] - 39:21
Crown [3] - 18:24, 18:25, 19:1
culpable [1] - 26:17
culture [5] - 22:6, 22:20, 26:2, 44:3, 44:5
custody [8] - 52:5, 52:13, 61:10, 61:18, 62:24, 63:11, 63:12, 63:13
cut [2] - 54:12, 60:13
cynical [1] - 44:5

## D

date [7] - 15:18, 15:19, 63:25, 64:5, 64:7, 64:9, 64:11
days [3] - 13:18, 14:1, 55:25
deal [2] - 8:4, 63:7
decade [1] - 50:6
deceive [1] - 11:1
December [3] - 63:16, 63:17
decision [2] - 32:4, 47:9
decisions [2] - 27:10, 32:21
decrease [1] - 30:23
deduct [1] - 4:17
deem [1] - 52:24
defendant [20] - 28:21, 35:13, 37:17, 38:19, 39:3, 40:16, 40:25, 41:1, 41:3, 42:16, 42:21, 43:6, 43:12, 43:16, 43:19, 44:13, 44:16, 49:25, 51:10, 63:5
DEFENDANT [2] - 1:7, 51:11
Defendant [2] - 1:21, 66:4
defendant's - 35:15, 43:9, 43:11
defense - 5:24, 17:4, 36:4, 39:18, 40:2, 40:8, 46:25, 49:11, 54:9
Defense [4] - 18:15, 18:17, 49:2, 51:10
DEFENSE [1] - 65:2
defense's [1] - 41:17
deference [1] - 38:6
deferential [1] - 35:15

definitely [2] - 35:14, 51:21
definition [2] - 36:21, 37:3
degree [4] - 8:1, 32:16, 40:13, 41:15
demonstrated [1] - 42:16
denied [1] - 20:18
Department [2] - 27:12, 30:18
depicted [1] - 21:4
described [1] - 10:17
describing [1] - 43:23
deserves [1] - 29:6
despite [3] - 9:10, 9:14
detail [1] - 54:16
detainer [6] - 61:22, 62:3, 62:7, 62:11, 62:22, 63:23
DETECTIVE [1] - 60:25
Detective [5] - 13:6, 13:16, 14:11, 49:16, 60:23
deter [2] - 31:16, 31:22
determine [1] - 59:10
deterred [1] - 53:9
deterrence [9] - 30:7, 47:16, 47:17, 47:24, 48:4, 52:21, 53:22, 54:4, 54:5
dialogue [2] - 45:3, 47:2
difference [1] - 25:23
differences [1] - 14:19
different [10] - 11:15, 13:7, 13:10, 13:13, 20:5, 25:19, 30:13, 47:2, 55:4, 61:15
differently [1] - 58:11
difficult [2] - 16:20, 28:11
dimension [1] - 38:19
directly [1] - 43:19
disagree [2] - 24:2, 56:16
disagreed [1] - 6:5
discarded [1] - 42:21
discovered [3] - 13:20, 49:14, 50:3
discovery [2] - 13:21, 14:14
discredit [1] - 49:11
discrepancies [1] - 12:24
discretionary [1] - 56:17

**discussing** [2] - 5:25, 46:13
**discussion** [1] - 15:20
**dispassionately** [1] - 54:3
**disposition** [1] - 6:20
**disputed** [1] - 8:24
**disregard** [2] - 7:21, 7:22
**disregarding** [1] - 4:14
**distance** [1] - 20:1
**district** [1] - 31:1
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 1:13, 27:17, 66:6
**documents** [1] - 2:22
**dollars** [1] - 57:9
**done** [1] - 60:24
**door** [1] - 36:12
**doubt** [1] - 50:8
**down** [11] - 3:25, 12:10, 17:6, 21:6, 34:17, 37:8, 38:15, 49:2, 51:9, 60:1, 63:11
**downright** [1] - 20:24
**draft** [1] - 5:13
**draw** [1] - 27:6
**dropped** [1] - 5:14
**drove** [2] - 44:16, 44:17
**drug** [1] - 31:4
**drugs** [1] - 32:25
**druthers** [1] - 39:13
**due** [1] - 52:25
**during** [1] - 41:22
**duty** [2] - 39:16
**dynamic** [1] - 48:11
**dynamics** [1] - 48:6

### E

**East** [2] - 19:2, 19:3
**Eastern** [1] - 27:17
**educate** [2] - 42:2, 42:3
**education** [4] - 32:15, 32:20, 38:24, 51:17
**educational** [1] - 32:13
**effort** [1] - 55:21
**egregious** [1] - 27:23
**eight** [1] - 3:23
**either** [5] - 27:9, 36:5, 42:21, 42:22, 63:17
**electric** [1] - 19:20
**element** [1] - 24:1
**elements** [1] - 23:6
**elephant** [1] - 9:25

**eligible** [3] - 59:11, 59:13, 59:14
**embarrass** [2] - 45:13, 45:6
**emotional** [1] - 38:1
**employed** [1] - 9:1
**encompassed** [1] - 50:6
**encounter** [1] - 37:18
**end** [4] - 34:22, 37:4, 41:21, 62:13
**ended** [1] - 16:3
**enforcement** [4] - 42:10, 46:8, 49:14, 49:16
**engage** [1] - 41:2
**engaged** [3] - 9:1, 26:23, 31:5
**enhancement** [1] - 35:23
**entire** [3] - 43:21, 49:1, 50:11
**entirely** [3] - 5:16, 49:12
**entitled** [2] - 1:11, 38:12
**environment** [1] - 41:20
**erred** [1] - 56:4
**escape** [1] - 12:17
**especially** [2] - 22:21
**Esquire** [4] - 1:19, 1:19, 1:22, 1:22
**essential** [1] - 53:14
**essentially** [2] - 6:13, 49:11
**euphemism** [1] - 43:21
**event** [1] - 49:24
**events** [3] - 14:4, 42:24, 48:5
**evidence** [22] - 7:20, 8:8, 9:12, 9:13, 10:8, 10:9, 10:10, 11:18, 11:19, 13:19, 14:7, 14:22, 15:1, 16:11, 17:9, 17:17, 19:7, 21:22, 23:20, 24:20, 39:5
**evidenced** [1] - 50:24
**exact** [2] - 40:20, 63:25
**examine** [1] - 39:21
**example** [3] - 13:5, 26:14, 26:21
**examples** [3] - 11:10, 11:24, 16:25
**except** [2] - 64:17, 64:18
**exception** [1] - 46:19

**excited** [1] - 46:2
**excuse** [1] - 57:3
**exercise** [2] - 53:3, 55:15
**Exhibit** [3] - 18:15, 18:17, 49:2
**EXHIBIT** [1] - 65:2
**exist** [1] - 22:23
**existed** [1] - 23:23
**expect** [1] - 43:18
**expectations** [1] - 47:23
**experience** [2] - 30:25, 40:25
**experiences** [1] - 42:10
**expert** [1] - 41:10
**explain** [1] - 41:11
**explainable** [1] - 28:24
**exploitation** [1] - 54:17
**exploited** [1] - 43:17
**expresses** [1] - 36:19
**extended** [2] - 39:19, 47:23
**extent** [1] - 26:8
**extraordinary** [1] - 46:19
**extremely** [1] - 47:11
**eye** [1] - 60:8

### F

**face** [1] - 21:5
**faced** [1] - 60:1
**facilities** [2] - 59:4, 59:6
**fact** [20] - 4:16, 9:14, 14:3, 15:6, 15:14, 16:12, 20:21, 30:24, 32:24, 36:17, 37:15, 40:14, 42:4, 44:8, 44:14, 47:7, 47:20, 49:20, 50:1, 50:19
**factor** [1] - 28:5
**factors** [4] - 17:22, 30:13, 30:14, 48:9
**facts** [9] - 3:14, 17:4, 17:14, 27:9, 35:24, 36:12, 37:23, 39:9, 41:19
**factual** [1] - 7:3
**failure** [1] - 22:9
**fair** [3] - 43:15, 60:14, 63:3
**fairer** [1] - 8:15
**fairly** [1] - 27:12
**Fairton** [1] - 59:11
**fake** [1] - 12:16

**fall** [1] - 12:1
**falls** [1] - 16:9
**false** [2] - 11:3, 14:12
**family** [1] - 59:6
**Fancy** [1] - 43:4
**fancy** [1] - 43:22
**fantasized** [2] - 20:11, 20:16
**fantasizing** [1] - 20:25
**fantasy** [1] - 21:2
**far** [2] - 18:7, 22:25
**fate** [1] - 43:13
**FCI** [2] - 59:11, 59:12
**FCIs** [1] - 59:11
**February** [4] - 13:23, 13:24, 44:16, 44:17
**Federal** [1] - 30:17
**federal** [5] - 31:1, 56:13, 61:16, 62:23, 63:13
**federally** [1] - 31:3
**feeding** [1] - 21:21
**feet** [4] - 15:5, 15:22
**felt** [4] - 6:3, 37:11, 39:11, 50:23
**female's** [1] - 43:13
**females** [2] - 36:19, 40:2
**few** [1] - 11:24
**fifties** [1] - 30:20
**fight** [4] - 12:8, 12:11, 12:16, 51:19
**figure** [1] - 4:17
**filed** [1] - 40:9
**finally** [2] - 53:2, 53:12, 61:9
**findings** [1] - 41:8
**fine** [2] - 58:4, 58:5
**finish** [2] - 32:17, 32:19
**First** [2] - 46:18, 46:20
**first** [7] - 40:7, 44:18, 44:19, 46:1, 46:21, 49:23, 50:21
**fit** [1] - 14:7
**five** [16] - 27:20, 44:21, 57:12, 57:16, 57:18, 57:19, 57:21, 57:24, 58:10, 58:11, 58:13, 58:16, 58:17, 58:19, 58:21, 58:22
**Flatbush** [17] - 18:2, 18:4, 18:6, 18:7, 18:20, 19:2, 19:3, 19:4, 19:11, 20:2, 20:6, 49:3, 49:8, 50:4, 50:7, 50:12
**flavor** [1] - 22:1
**Florence** [1] - 41:11
**focused** [1] - 33:6

**focusing** [1] - 55:10
**folks** [1] - 47:24
**follow** [1] - 26:10
**followed** [1] - 46:22
**following** [1] - 45:5
**FOR** [1] - 1:2
**forced** [4] - 25:11, 25:21, 27:22, 28:8
**foregoing** [1] - 66:2
**forget** [1] - 57:6
**forgot** [1] - 57:4
**form** [4] - 18:11, 41:17, 41:19, 44:6
**forth** [1] - 8:5
**forties** [1] - 30:20
**foundation** [1] - 41:19
**four** [3] - 15:17, 15:20, 34:8
**four-level** [1] - 34:8
**framed** [1] - 40:4
**frankly** [6] - 20:12, 21:23, 31:9, 32:12, 54:10, 55:10
**fraud** [1] - 31:5
**fraudulent** [2] - 15:12, 26:16
**Frederick** [2] - 1:12, 66:5
**free** [1] - 42:12
**front** [1] - 38:18
**frustrated** [1] - 41:14
**full** [3] - 50:17, 51:12
**fully** [1] - 42:1

### G

**Gail** [2] - 1:25, 66:10
**gained** [2] - 38:24, 39:4
**game** [15] - 10:25, 23:23, 25:6, 25:9, 25:20, 26:2, 26:3, 26:11, 31:9, 38:23, 43:21, 43:22, 54:1
**gang** [1] - 18:1
**Gardens** [1] - 19:2
**Garvey** [5] - 19:10, 19:17, 19:19, 19:25, 40:17
**General** [2] - 52:5, 52:13
**general** [5] - 48:4, 53:7, 53:21, 54:4, 56:10
**generally** [5] - 9:5, 38:22, 38:23, 45:7, 47:5
**generation** [2] - 31:15, 31:17
**gentleman** [1] - 29:6

**George's** [4] - 44:12, 44:13, 45:2, 45:11
**girls** [3] - 13:18, 37:24, 38:16
**given** [12] - 9:14, 26:21, 33:9, 39:9, 40:13, 45:7, 45:21, 46:11, 46:14, 47:19, 61:19, 64:12
**glad** [2] - 51:3, 51:7
**goals** [6] - 6:9, 6:21, 24:14, 24:24, 30:7, 30:8
**god** [1] - 55:8
**God** [3] - 44:2, 55:2, 60:24
**govern** [1] - 38:18
**Government** [1] - 1:18
**government** [59] - 2:6, 2:25, 3:5, 3:12, 3:20, 6:3, 7:3, 7:11, 8:18, 9:9, 9:17, 9:24, 10:17, 13:20, 14:8, 17:19, 17:24, 18:3, 18:10, 20:4, 20:15, 20:19, 20:22, 20:23, 21:2, 21:11, 21:20, 31:25, 35:5, 35:6, 38:5, 38:17, 39:20, 39:23, 40:11, 41:14, 41:22, 42:3, 42:18, 43:22, 44:4, 46:18, 47:17, 47:25, 48:10, 48:17, 49:9, 49:12, 50:2, 50:16, 50:23, 52:22, 54:10, 55:10, 55:23, 56:15, 59:17, 63:2, 63:14
**government's** [9] - 2:23, 3:3, 5:21, 8:5, 29:10, 36:11, 46:1, 52:21, 60:10
**governs** [1] - 38:17
**Grafton** [2] - 19:24, 50:1
**grand** [1] - 40:13
**gray** [2] - 25:15, 25:17
**greatly** [1] - 30:23
**grew** [3] - 28:21, 32:22, 50:9
**grind** [1] - 49:13
**ground** [1] - 15:22
**grounds** [1] - 60:17
**group** [2] - 12:20, 12:22
**guess** [10] - 8:2, 8:13, 11:8, 16:18, 20:9, 21:14, 23:25, 27:4, 31:8, 63:20
**guideline** [6] - 2:17,

34:5, 34:10, 34:12, 36:22, 60:3
**guidelines** [10] - 3:9, 35:16, 52:20, 53:1, 55:3, 55:11, 60:4, 60:11, 60:19, 60:20
**guidelines'** [1] - 60:5
**guilty** [4] - 16:16, 35:12, 45:6
**gun** [4] - 4:8, 37:19, 40:18, 40:23
**gunpoint** [1] - 16:14
**guns** [5] - 12:20, 12:22, 26:13, 37:18, 40:21
**guys** [1] - 12:20

**H**

**half** [3] - 38:11, 38:24, 54:8
**halfway** [1] - 50:9
**hallmarks** [1] - 39:25
**hand** [2] - 18:14, 22:6
**handed** [1] - 63:11
**handicapped** [3] - 20:12, 20:17, 21:1
**handled** [1] - 5:4
**happy** [1] - 55:1
**hard** [5] - 6:24, 16:18, 17:8, 17:16, 20:13
**haste** [1] - 42:17
**hate** [1] - 59:22
**hates** [1] - 33:10
**hats** [1] - 35:19
**head** [2] - 29:2, 48:16
**hear** [3] - 43:18, 51:3, 51:7
**heard** [11] - 10:7, 10:8, 35:25, 36:3, 38:11, 41:9, 41:10, 43:1, 43:7, 43:10, 45:22
**hearing** [2] - 62:12, 63:5
**Height** [1] - 19:2
**Heights** [2] - 18:24, 18:25
**held** [3] - 13:25, 37:2, 46:4
**help** [2] - 15:5, 53:10
**hereby** [1] - 66:2
**hidden** [1] - 50:14
**high** [1] - 31:4
**high-level** [1] - 31:4
**higher** [1] - 35:9
**highlight** [3] - 6:4, 17:20, 41:18
**highlighted** [1] - 36:8
**highly** [1] - 18:8
**himself** [2] - 32:19,

33:11
**hinge** [1] - 36:11
**hip** [1] - 34:1
**history** [2] - 17:23, 39:22
**hold** [1] - 51:5
**holding** [1] - 37:24
**hominem** [1] - 41:16
**honestly** [2] - 42:3, 44:4
**Honor** [86] - 2:3, 2:8, 2:9, 2:10, 2:13, 2:15, 2:25, 3:14, 3:20, 3:24, 4:9, 5:12, 5:18, 6:7, 6:12, 6:24, 8:1, 8:23, 11:24, 13:5, 13:14, 13:15, 16:4, 16:9, 16:23, 17:18, 18:8, 19:5, 19:10, 20:10, 21:13, 22:13, 22:19, 23:8, 24:7, 25:16, 26:21, 29:19, 30:1, 30:9, 32:3, 32:9, 32:18, 34:2, 34:12, 34:16, 34:25, 35:2, 35:24, 37:15, 37:21, 37:25, 38:4, 38:14, 39:7, 39:15, 39:19, 41:5, 43:14, 48:10, 48:11, 48:18, 49:4, 50:15, 50:16, 56:7, 56:9, 57:12, 57:17, 58:2, 58:3, 58:7, 58:12, 58:15, 59:2, 59:8, 59:20, 60:7, 60:25, 61:2, 61:9, 61:12, 63:2, 63:24, 64:15, 64:22
**Honor's** [4] - 35:21, 41:8, 48:1, 48:5
**Honorable** [2] - 1:12, 66:5
**hop** [1] - 34:1
**hope** [12] - 22:8, 29:2, 29:5, 29:21, 29:22, 29:23, 30:3, 32:10, 43:18, 47:23, 54:20, 64:3
**hoping** [1] - 38:17
**horrific** [1] - 49:24
**Hotel** [1] - 40:17
**hotel** [7] - 12:8, 13:21, 13:24, 14:16, 26:18, 43:11, 43:13
**hotels** [1] - 16:5
**hour** [1] - 59:23
**hours** [3] - 15:17, 15:20, 39:24
**house** [1] - 19:12
**houses** [1] - 50:9

**hundred** [1] - 57:9
**hypocrite** [1] - 46:22

**I**

**ID** [3] - 14:12, 14:14, 14:15
**identification** [1] - 14:9
**illegal** [1] - 30:22
**images** [1] - 21:12
**immediately** [1] - 42:23
**impact** [1] - 7:22
**impatient** [1] - 8:22
**Imperial** [1] - 40:16
**import** [1] - 37:18
**important** [4] - 13:1, 17:7, 17:20, 32:5
**importantly** [1] - 39:16
**impose** [1] - 51:2
**imposed** [2] - 26:10, 55:18
**imposing** [2] - 52:10, 52:18
**impression** [1] - 8:9
**impressions** [2] - 11:3, 22:15
**IN** [1] - 1:1
**inaccurate** [2] - 8:19, 18:8
**incarcerated** [1] - 31:3
**incident** [2] - 18:19, 44:15
**incidents** [1] - 10:19
**inclined** [3] - 23:2, 56:14, 59:5
**include** [2] - 3:22, 35:17
**included** [3] - 17:2, 17:3, 31:3
**includes** [2] - 6:10, 6:11, 56:10
**including** [2] - 4:6, 4:7
**inconsistencies** [1] - 39:23
**incorporate** [1] - 48:18
**incorrect** [1] - 10:2
**increase** [1] - 34:8
**increased** [1] - 26:16
**INDEX** [1] - 65:1
**indicate** [2] - 40:14, 42:2
**indicated** [6] - 19:5, 36:25, 37:9, 40:19, 44:23, 47:12
**indicating** [1] - 50:3
**indictment** [3] - 4:4, 4:5, 61:16

**individual** [6] - 10:18, 42:23, 43:4, 43:8, 44:22, 45:20
**individuals** [10] - 37:9, 40:5, 41:10, 41:12, 41:23, 41:24, 42:5, 42:7, 43:2, 43:18
**infected** [1] - 8:11
**infer** [1] - 24:17
**inference** [1] - 15:23
**inherent** [4] - 10:22, 24:2, 25:6, 27:1
**inherently** [1] - 24:1
**initial** [1] - 7:6
**initials** [2] - 23:1, 26:15
**initiated** [2] - 12:4, 12:7
**insistent** [1] - 36:18
**instance** [3] - 11:25, 13:15, 41:24
**instances** [3] - 9:11, 11:10, 11:16
**instant** [1] - 45:1
**intend** [1] - 33:25
**intent** [2] - 4:14, 40:21
**interest** [1] - 33:10
**interested** [1] - 32:14
**intimidate** [1] - 26:13
**intolerable** [1] - 26:4
**introduce** [1] - 58:20
**investigation** [2] - 13:20, 14:20
**involved** [12] - 28:25, 30:22, 31:17, 32:13, 47:7, 47:8, 47:13, 47:14, 48:7, 54:15, 54:17, 61:7
**involving** [3] - 28:4, 44:15, 61:22
**iPod** [1] - 46:23
**Islamic** [1] - 22:10
**issue** [8] - 8:2, 9:20, 10:15, 28:11, 55:13, 55:14, 61:10, 62:12
**issued** [1] - 27:11
**issues** [6] - 9:10, 26:8, 34:4, 34:5, 48:19, 55:11
**items** [2] - 19:7, 48:20
**itself** [5] - 21:2, 26:3, 31:7, 43:1, 49:20

**J**

**Jay** [2] - 23:1, 46:22
**Jay-Z** [1] - 46:22
**jealous** [1] - 12:12
**JEREMY** [1] - 1:6
**Jeremy** [5] - 2:4, 40:4,

41:20, 42:9, 66:3
**Jerms** [1] - 66:4
**JERMS** [1] - 1:6
**Jersey** [4] - 13:24, 14:10, 14:15, 59:12
**JFM-12-0229** [2] - 1:5, 66:5
**JFM-12-229** [1] - 2:5
**JG** [1] - 25:7
**JH** [2] - 44:15, 44:17
**job** [5] - 41:1, 50:18, 51:1, 55:8, 64:20
**john** [1] - 44:19
**judge** [1] - 26:1
**Judge** [4] - 1:13, 20:13, 28:20, 66:6
**judgment** [2] - 53:3, 55:15
**July** [2] - 61:20, 62:21
**jurist** [3] - 44:12, 44:22, 45:1
**jury** [22] - 3:14, 7:20, 11:5, 14:23, 16:11, 16:12, 16:16, 17:11, 25:2, 38:10, 39:16, 40:13, 42:3, 42:19, 46:9, 49:22, 50:17, 50:18, 50:24, 51:1, 53:2
**jury's** [5] - 4:6, 24:17, 47:4, 53:1, 55:9
**justice** [1] - 47:3
**Justice** [2] - 27:12, 30:18

## K

**kept** [2] - 13:18, 19:21
**key** [1] - 48:9
**kidnapping** [2] - 14:25, 16:13
**kind** [22] - 5:1, 6:24, 8:11, 9:19, 9:24, 11:3, 11:7, 11:18, 14:7, 14:19, 17:20, 18:22, 18:25, 21:9, 25:13, 25:15, 26:23, 29:15, 31:2, 33:4, 33:9, 59:10
**kinds** [1] - 8:6
**knowing** [5] - 11:17, 13:4, 36:24, 40:24, 49:14
**known** [1] - 19:17
**knows** [1] - 39:7
**KS** [11] - 10:10, 13:5, 16:23, 36:5, 36:14, 36:25, 45:24, 46:10

## L

**labeled** [2] - 39:22, 49:8
**lack** [2] - 12:25, 32:23
**ladies** [1] - 14:3
**Lanham** [1] - 44:18
**larceny** [1] - 21:24
**large** [2] - 42:8, 42:10
**largely** [1] - 39:18
**larger** [1] - 48:12
**last** [2] - 5:23, 45:10
**late** [3] - 33:5, 40:9, 59:23
**latest** [2] - 7:7, 16:7
**law** [11] - 22:24, 31:22, 42:10, 46:8, 49:14, 49:16, 53:18, 56:13, 56:25, 57:1
**LC** [1] - 20:15
**leader** [1] - 35:11
**learning** [1] - 32:15
**least** [15] - 7:10, 8:17, 9:22, 11:9, 20:10, 27:9, 28:4, 31:3, 31:11, 33:7, 34:7, 42:2, 46:7, 60:5, 62:9
**leave** [1] - 34:19, 36:16, 37:10, 37:17, 37:20
**led** [2] - 36:14, 41:20
**Lefferts** [1] - 19:2
**left** [4] - 19:1, 35:3, 38:3, 54:25
**legal** [1] - 34:4
**legitimate** [1] - 31:18
**lenient** [1] - 29:14
**less** [5] - 5:5, 27:14, 35:14, 58:10, 58:11
**lest** [2] - 37:18, 39:14
**letter** [13] - 5:25, 19:15, 21:15, 29:9, 29:13, 38:22, 40:9, 51:4, 51:11, 51:13, 51:21, 56:12
**level** [5] - 31:4, 34:8, 35:9, 35:22, 59:10
**liberties** [1] - 39:19
**lie** [1] - 11:2
**lied** [1] - 10:2
**Life** [1] - 57:15
**life** [12] - 7:9, 15:21, 29:6, 29:18, 33:14, 33:18, 55:1, 56:8, 57:13, 58:10, 58:12, 58:13
**lifestyle** [1] - 11:4
**light** [2] - 24:17, 35:24
**likely** [1] - 31:11

**limited** [1] - 43:17
**line** [7] - 3:10, 3:11, 10:20, 15:15, 18:12, 25:22, 52:4
**lines** [1] - 46:17
**listened** [1] - 39:17
**litany** [1] - 42:24
**litigating** [1] - 41:8
**live** [4] - 50:1, 53:11, 55:1, 55:2
**lived** [6] - 18:7, 19:25, 48:24, 50:3, 50:4
**living** [1] - 12:21
**local** [1] - 27:11
**locality** [1] - 59:21
**located** [1] - 18:22
**lock** [2] - 36:9, 36:12
**locked** [3] - 13:17, 36:7, 36:18
**lodged** [2] - 61:22, 62:22
**look** [6] - 4:11, 22:9, 24:20, 44:7, 54:11, 58:2
**looking** [2] - 4:12, 18:20
**looks** [1] - 55:19
**lost** [1] - 21:9
**low** [1] - 34:22
**lowest** [1] - 35:22
**luck** [1] - 64:21
**lyrics** [2] - 22:2, 46:24

## M

**maintain** [1] - 37:24
**malingering** [2] - 36:5, 45:25
**man** [2] - 45:12, 54:23
**mandatory** [9] - 4:13, 4:15, 4:18, 5:6, 6:13, 55:3, 55:12, 56:17, 56:25
**Manhattan** [1] - 50:9
**manipulative** [1] - 11:2
**manner** [3] - 37:2, 39:21, 46:2
**map** [4] - 18:10, 48:21, 48:23, 49:6
**Marcus** [5] - 19:10, 19:16, 19:19, 19:25, 40:17
**Mark** [2] - 1:19, 2:6
**marked** [1] - 18:15
**MARYLAND** [1] - 1:2
**Maryland** [8] - 1:8, 12:9, 12:10, 14:16, 15:2, 16:14, 44:18, 63:7

**material** [2] - 13:1, 39:7
**materially** [3] - 13:7, 13:9, 13:12
**materials** [1] - 3:7
**math** [2] - 52:3, 54:13
**matrix** [1] - 47:10
**matter** [10] - 2:4, 2:18, 15:14, 20:21, 30:24, 50:19, 54:14, 60:18, 63:7, 66:3
**maximum** [5] - 57:16, 57:21, 57:22, 57:25, 58:18
**MB** [3] - 25:7, 43:4, 61:22
**McQuade** [1] - 45:23
**mean** [16] - 7:17, 9:25, 11:4, 11:7, 13:5, 16:8, 19:12, 22:2, 25:21, 29:14, 31:25, 32:18, 37:6, 38:8, 41:2, 50:14
**means** [2] - 12:17, 37:19
**meant** [1] - 37:6
**mechanism** [1] - 36:12
**mediator** [1] - 26:1
**meet** [1] - 35:15
**meets** [3] - 33:12, 36:21, 37:2
**melodramatic** [1] - 43:25
**memo** [19] - 2:16, 5:21, 6:3, 9:6, 17:2, 20:6, 27:6, 30:12, 34:5, 34:6, 35:6, 35:19, 36:8, 37:13, 39:3, 41:17, 48:19, 50:2
**memorandum** [5] - 5:13, 7:16, 18:3, 46:25, 49:10
**men** [2] - 12:22, 18:2
**mentally** [3] - 20:12, 20:17, 21:1
**mention** [2] - 20:10, 21:3, 21:14
**mentioned** [3] - 18:3, 25:6, 40:3
**message** [3] - 31:6, 31:22, 33:19
**messing** [1] - 4:19
**met** [3] - 14:17, 15:7, 36:2
**method** [1] - 35:7
**methodology** [1] - 5:8
**Michael** [1] - 1:22
**middle** [1] - 63:21

**might** [5] - 10:19, 10:20, 22:13, 23:2, 38:19
**miles** [1] - 39:14
**mind** [1] - 11:14
**minimum** [4] - 4:18, 6:14, 52:10, 55:12
**minor** [1] - 2:18
**minority** [3] - 29:20, 29:25, 30:2
**minors** [5] - 27:22, 27:25, 28:4, 47:7, 47:8
**minute** [1] - 63:22
**minutes** [1] - 46:13
**misdemeanor** [1] - 21:24
**misogyny** [3] - 21:18, 22:2, 23:4
**misrepresentation** [1] - 26:23
**missed** [1] - 11:6
**mistaken** [2] - 19:15, 19:16
**mix** [1] - 46:23
**ML** [8] - 17:25, 18:19, 36:24, 43:7, 49:11, 49:12, 49:18, 50:8
**ML's** [1] - 48:21
**model** [2] - 32:24
**modern** [3] - 43:24, 44:3, 44:6
**modified** [1] - 4:5
**modus** [1] - 24:18
**money** [4] - 15:9, 15:11, 26:16, 26:19
**Montgomery** [6] - 12:9, 45:11, 61:21, 63:12, 63:23, 64:12
**month** [2] - 55:5, 55:6
**months** [4] - 4:19, 5:7, 6:11, 6:17, 44:21, 52:9, 52:11, 52:14, 60:1, 62:21
**most** [8] - 7:10, 7:11, 17:20, 32:14, 35:3, 39:11, 39:12, 56:12
**mother's** [1] - 19:12
**motions** [1] - 62:12
**Motz** [2] - 1:12, 66:6
**move** [1] - 47:2
**MR** [79] - 2:3, 2:9, 2:10, 2:13, 2:15, 2:25, 3:5, 3:8, 3:11, 3:17, 3:20, 3:24, 4:3, 4:21, 4:25, 5:5, 5:12, 5:18, 6:11, 8:1, 8:23, 13:11, 13:14, 21:20, 22:4, 22:13, 22:19, 23:8, 23:12, 23:15,

23:25, 24:7, 24:10,
24:19, 25:19, 26:5,
26:20, 28:12, 30:1,
30:4, 31:18, 32:9,
34:12, 34:16, 34:24,
35:2, 45:18, 50:22,
56:9, 56:17, 56:20,
57:2, 57:11, 57:14,
57:16, 58:1, 58:7,
58:14, 59:2, 59:8,
59:14, 59:20, 59:25,
60:22, 61:2, 61:9,
61:12, 61:14, 62:4,
62:8, 62:15, 62:20,
62:25, 63:2, 63:16,
63:24, 64:9, 64:13,
64:22
**MS** [5] - 57:4, 57:8,
57:19, 58:3, 58:22
**multiple** [1] - 27:24
**murder** [1] - 44:25
**music** - 22:17,
33:21, 33:22, 33:24

### N

**name** [3] - 19:21, 43:3
**named** [1] - 41:11
**names** [1] - 43:2
**nature** [2] - 53:5,
53:23
**NAUGHTON** [1] - 1:6
**Naughton** [47] - 2:5,
8:10, 8:20, 8:25,
12:1, 12:13, 12:23,
13:23, 14:11, 14:17,
14:18, 14:25, 15:3,
15:8, 15:15, 15:25,
16:16, 18:1, 18:4,
19:25, 20:6, 20:11,
20:16, 20:25, 21:12,
21:16, 21:23, 22:15,
23:20, 24:7, 24:24,
29:4, 30:9, 32:5,
32:7, 32:11, 32:18,
40:4, 41:20, 42:9,
47:18, 51:2, 53:10,
56:22, 58:5, 64:21,
66:4
**Naughton's** [7] - 6:22,
9:4, 12:5, 17:22,
19:8, 22:2, 24:18
**near** [1] - 50:1
**necessarily** [2] -
11:20, 25:11
**necessary** [9] - 3:13,
7:14, 24:23, 30:7,
31:20, 31:21, 32:1,
53:20, 54:7
**need** [3] - 6:3, 15:22,

51:17
**needed** [4] - 15:5,
20:10, 21:14, 26:19
**needs** [2] - 28:16, 53:8
**negative** [3] - 21:11,
32:24, 33:23
**neighborhood** [2] -
19:4, 32:23
**neighbors** [1] - 18:13
**never** [7] - 9:9, 9:17,
33:5, 36:11, 36:20,
46:24, 50:10
**new** [2] - 3:1, 14:22
**New** [19] - 12:10,
12:19, 13:17, 13:22,
13:24, 14:1, 14:10,
14:15, 44:17, 44:23,
44:25, 45:16, 48:24,
59:11, 59:12, 63:10,
63:11, 63:21
**next** [1] - 13:25
**NF** [7] - 11:25, 12:5,
12:6, 12:12, 12:15,
12:18, 40:23
**night** [1] - 15:7
**nine** [1] - 62:20
**NO** [1] - 1:5
**nobody** [1] - 53:11
**non** [1] - 5:6
**non-924** [1] - 5:7
**non-mandatory** [1] -
5:6
**none** [1] - 39:10
**nonetheless** [1] -
33:23
**normal** [2] - 15:18,
15:19
**northern** [1] - 18:23
**notable** [1] - 42:19
**noted** [1] - 30:19
**nothing** [2] - 36:25,
40:24
**notice** [1] - 60:23
**notion** [1] - 17:6
**notwithstanding** [1] -
58:8
**November** [1] - 63:17
**nowhere** [1] - 45:21
**nuanced** [1] - 50:24
**number** [6] - 4:18,
5:15, 19:19, 34:8,
34:15, 34:20
**Number** [2] - 2:5,
18:17, 49:2
**numbness** [1] - 47:5
**numerous** [1] - 5:19

### O

**o'clock** [3] - 16:6, 16:8

**object** [1] - 61:4
**objection** [2] - 59:18,
59:21
**objections** [3] - 2:17,
49:10, 61:5
**obviate** [1] - 42:14
**obvious** [1] - 38:8
**obviously** [3] - 14:23,
25:2, 61:7
**occasion** [1] - 9:15
**OF** [2] - 1:2, 1:4
**offender** [6] - 56:14,
61:4, 61:6, 61:8,
64:17, 64:18
**offenders** [2] - 30:19,
31:2
**offense** [8] - 4:1, 6:23,
27:8, 34:18, 53:5,
53:15, 58:8, 58:9
**Office** [1] - 27:11
**Official** [2] - 1:25,
66:11
**often** [1] - 46:15
**oftentimes** [2] - 44:8,
45:20
**old** [4] - 27:21, 30:10,
32:7, 44:1
**older** [3] - 31:12,
31:15
**olds** [1] - 28:7
**once** [3] - 10:3, 31:9,
41:25
**one** [37] - 2:18, 4:10,
4:25, 8:4, 8:24, 9:3,
9:5, 10:22, 11:5,
11:8, 11:20, 12:7,
13:6, 14:11, 14:14,
14:15, 18:9, 19:23,
20:9, 21:13, 23:19,
23:25, 27:4, 27:16,
29:1, 30:5, 30:14,
32:5, 32:13, 34:17,
42:18, 42:21, 48:9,
54:4, 59:3, 59:6,
59:22
**ones** [1] - 59:7
**opening** [1] - 8:24
**operandi** [1] - 24:18
**operation** [1] - 27:20
**opining** [1] - 26:1
**opinion** [1] - 46:1
**opportunity** [3] -
28:23, 47:15, 51:17
**opposed** [2] - 4:12,
26:10
**oral** [1] - 41:3
**order** [2] - 64:2, 64:7
**ordered** [1] - 39:8
**organizer** [1] - 35:22
**original** [1] - 5:13

**originally** [1] - 34:3
**orphanages** [1] - 50:9
**otherwise** [1] - 24:24
**Otisville** [1] - 59:12
**ourselves** [1] - 64:1
**outlined** [1] - 2:16
**outlook** [1] - 21:17
**outside** [1] - 7:4
**overall** [7] - 4:11,
4:12, 5:1, 5:3, 5:15,
6:7, 8:15
**overt** [1] - 4:8
**overwhelming** [4] -
22:3, 22:12, 23:4,
23:5
**own** [4] - 22:2, 29:15,
30:25, 53:3

### P

**p.m** [2] - 16:1
**paid** [1] - 47:21
**paper** [5] - 18:5, 19:7,
19:9, 45:7, 50:3
**paradigm** [1] - 44:3
**parameters** [1] - 60:5
**pardon** [1] - 34:24
**parenthetical** [1] -
5:14
**park** [2] - 50:12
**part** [17] - 10:25, 11:4,
13:4, 14:22, 18:23,
19:21, 21:2, 21:10,
21:17, 24:18, 25:9,
25:20, 26:20, 29:20,
29:25, 46:7, 48:4
**particular** [6] - 18:21,
23:6, 25:23, 27:16,
28:7, 59:4
**particularly** [2] -
32:14, 42:15
**parties** [1] - 5:20
**partly** [1] - 37:23
**party** [1] - 49:17
**past** [3] - 16:8, 31:10,
39:22
**Patrick** [1] - 27:17
**pattern** [6] - 7:18,
7:25, 8:3, 10:17,
10:18, 24:22
**patterns** [1] - 40:5
**Paul** [2] - 1:19, 2:7
**Pause** [1] - 51:25
**pavement** [1] - 21:6
**pay** [1] - 58:6
**penitentiary** [1] -
59:16
**Pennsylvania** [1] -
59:15
**people** [10] - 21:19,

23:5, 26:12, 26:13,
27:7, 31:4, 31:14,
48:25, 54:5, 54:18
**people's** [1] - 22:9
**perceived** [2] - 41:15,
44:9
**perception** [1] - 8:19
**perceptions** [1] - 8:12
**performed** [1] - 35:14
**perhaps** [6] - 24:5,
40:22, 41:25, 43:19,
45:24, 47:5
**period** [5] - 41:23,
45:8, 50:5, 52:5,
62:19
**person** [2] - 2:20,
21:3, 21:22, 28:25,
33:7, 33:8, 36:14
**person's** [1] - 54:1
**personal** [2] - 38:2,
61:7
**persons** [1] - 42:15
**perspective** [2] - 3:9,
16:20, 23:17
**philosophically** [1] -
25:25
**phone** [3] - 15:20,
16:2, 49:17
**photograph** [1] - 36:8
**photographic** [1] -
10:10
**physical** [7] - 9:13,
36:1, 36:22, 37:3,
37:7, 37:12, 37:15
**pick** [1] - 35:2
**picture** [1] - 8:10
**piece** [1] - 7:19
**pieces** [4] - 18:5, 19:7,
19:9, 50:3
**pimp** [3] - 8:25, 25:9,
38:22
**pimping** [2] - 45:10,
54:2
**pimps** [1] - 31:13
**pin** [1] - 49:5
**pinpoint** [1] - 49:6
**place** [3] - 12:5, 37:19,
44:12
**placed** [5] - 36:20,
37:10, 40:18, 40:23,
49:6
**places** [1] - 37:1
**plan** [1] - 12:17
**play** [1] - 39:3
**played** [1] - 49:20
**plea** [1] - 44:11
**pleaded** [1] - 35:11
**pled** [2] - 45:4, 45:6
**plenty** [2] - 54:25
**plus** [3] - 5:14, 7:1,

34:23
point [27] - 3:18, 4:11,
4:12, 5:3, 7:13, 9:3,
9:5, 10:14, 11:6,
11:7, 11:9, 11:14,
15:14, 19:17, 20:4,
22:7, 22:25, 26:25,
30:21, 31:14, 33:14,
35:23, 41:9, 43:15,
45:19, 53:7, 53:16
pointed [1] - 27:5
points [2] - 3:1, 35:20
police [3] - 15:8, 45:16
portray [1] - 17:19
position [7] - 2:24,
3:3, 4:16, 6:7, 6:19,
23:14, 61:19
positive [2] - 32:24,
33:19
posted [2] - 62:9,
62:10
power [3] - 33:20,
48:12
practicing [1] - 31:1
precede [1] - 40:17
predict [1] - 56:24
premise [2] - 10:15,
17:12
present [5] - 11:11,
18:9, 37:16, 37:24,
64:10
presentations [1] -
55:7
presented [4] - 7:4,
8:18, 21:22, 34:6
presentence [3] -
2:12, 3:1, 17:5
press [1] - 27:10
pretrial [2] - 61:10,
62:12
pretty [3] - 15:1,
27:23, 37:25
previous [1] - 61:18
prey [1] - 42:16
preyed [1] - 41:23
Prince [4] - 44:12,
44:13, 45:2, 45:11
principle [1] - 17:7
prison [1] - 54:24
Prisons [6] - 30:17,
30:18, 59:4, 59:9,
59:19, 64:3
privileged [1] - 28:21
pro [2] - 39:2, 39:6
probation [3] - 6:2,
45:8, 61:21
Probation [3] - 17:3,
35:8, 35:20
problem [3] - 7:17,
44:7, 64:3

problems [4] - 9:21,
10:4, 10:22, 15:22
proceed [1] - 8:21
proceedings [2] -
55:4, 64:23
produce [1] - 20:22
produced [4] - 13:19,
13:21, 20:19, 20:23
productive [3] - 33:7,
33:18, 55:1
proffered [1] - 63:5
profound [1] - 26:8
program [1] - 32:13
prolific [1] - 48:7
promotes [1] - 53:17
proper [1] - 23:16
proposed [1] - 6:2
proposing [2] - 59:10,
63:20
prosecuted [2] -
21:24, 50:5
prosecution [1] - 46:7
prosecutor [1] - 44:21
prostitute [3] - 9:8,
17:1, 25:12
prostitute-
complaining [1] -
9:8
prostitutes [4] - 9:4,
25:8, 40:2, 42:6
prostitution [5] - 9:1,
31:7, 31:10, 32:25,
54:1
protect [2] - 31:23,
53:22
protection [1] - 30:8
proven [1] - 47:24
proverbial [1] - 45:21
provide [1] - 64:8
provided [4] - 5:20,
18:10, 28:23, 30:11
provides [1] - 53:18
province [1] - 45:15
proximity [1] - 59:6
PSR [2] - 49:10, 64:17
public [2] - 31:23,
53:23
Pulaski [1] - 19:12
pull [1] - 43:5
pulled [2] - 40:23,
43:9
punish [1] - 24:23
punished [1] - 28:17
punishment [1] -
53:18
purely [1] - 35:17
put [7] - 23:13, 24:19,
29:8, 30:10, 35:6,
45:21, 46:14

putting [3] - 8:5,
23:16, 46:18

Q

qualitative [2] - 55:13,
55:14
Queens [3] - 18:23,
50:8, 50:10
questions [1] - 25:1
quid [2] - 39:2, 39:6
quiet [1] - 50:22
quite [9] - 20:1, 30:15,
36:4, 38:9, 39:11,
42:3, 44:4, 48:17,
50:15
quo [2] - 39:2, 39:6

R

raise [4] - 3:1, 47:1,
47:4, 48:21
raised [2] - 48:19,
49:9
raises [1] - 26:8
range [3] - 34:10,
34:13, 41:23
rap [1] - 34:1
raped [1] - 18:1
rapper [1] - 23:1
rappers [1] - 22:21
rare [4] - 47:11, 48:3,
48:5, 48:6
rarely [1] - 48:7
ratcheted [1] - 38:15
rates [1] - 30:23
rather [3] - 7:19, 40:4,
43:20
reach [3] - 30:6,
30:20, 35:10, 42:6
reached [2] - 46:9,
46:10
reaction [2] - 7:6,
11:22
read [4] - 3:6, 44:10,
51:4, 58:10
readily [1] - 48:15
ready [2] - 41:18,
62:10
real [2] - 12:11, 17:7
realize [2] - 32:4, 59:9
realizes [1] - 33:24
really [33] - 7:23, 8:10,
9:5, 9:9, 9:15, 9:17,
10:6, 10:14, 10:18,
11:16, 13:4, 16:9,
17:10, 17:16, 17:21,
17:22, 20:7, 20:13,
22:11, 23:18, 24:12,
26:3, 28:13, 29:2,

30:19, 32:23, 33:11,
37:6, 38:16, 39:10,
43:23, 53:1, 53:24
reason [9] - 13:2,
15:1, 24:11, 28:24,
37:13, 37:14, 40:22,
44:7
reasonable [7] - 3:13,
4:16, 5:8, 5:16, 6:20,
11:22, 36:14
reasons [9] - 32:10,
35:19, 52:2, 54:22,
55:17, 56:3, 56:4,
59:5, 60:12
REC'D [1] - 65:2
receive [1] - 54:22
received [3] - 18:18,
27:7, 27:18
recent [2] - 35:4,
56:12
recidivism [3] - 30:13,
30:23, 48:2
recitation [1] - 3:17
recitations [1] - 39:8
recognizes [3] -
33:20, 33:21, 33:23
recollection [2] - 13:1,
40:12
recommendation [3] -
52:21, 59:3, 59:18
recommended [2] -
54:9, 54:10, 64:16
record [7] - 7:4, 20:7,
28:1, 34:7, 45:14,
52:6, 56:5
records [4] - 10:11,
13:21, 15:17, 16:2
recounted [1] - 16:25
recounting [1] - 20:20
recourse [1] - 42:5
refer [1] - 49:1
references [1] - 5:23
referred [1] - 40:3
reflect [2] - 15:20,
38:15
reflected [4] - 4:6, 7:7,
22:17, 30:4
reflects [2] - 29:16,
53:15
regard [3] - 3:1, 7:2,
9:2
regarding [1] - 4:14
regardless [4] - 24:10,
33:15, 60:4
registering [1] - 56:11
registration [2] -
56:14, 56:25
regrets [2] - 32:19,
32:20
rehabilitation [1] -

29:21
rehash [1] - 41:4
rejected [2] - 16:11,
16:13
related [3] - 10:19,
61:22, 64:11
relates [1] - 17:21
relative [2] - 27:4, 28:5
relativity [2] - 28:13,
31:19
relays [1] - 44:22
release [5] - 6:1, 56:7,
56:8, 57:12, 64:15
releases [1] - 27:10
relevant [1] - 35:24
reliability [1] - 38:15
reliable [4] - 11:12,
24:21, 26:22
relying [1] - 40:12
remarkably [1] - 40:6
remember [3] - 25:8,
26:15, 62:3
remind [4] - 4:1, 13:9,
13:12
rendered [2] - 38:9,
40:15
repeat [2] - 7:15, 35:5
repetition [1] - 42:20
replaced [1] - 42:24
report [5] - 2:12, 3:2,
15:9, 17:5, 20:19
reported [2] - 9:16,
16:22, 27:9
Reporter [2] - 1:25,
66:11
REPORTER'S [1] -
66:1
representation [1] -
8:16
representations [1] -
8:7
representative [1] -
26:2
request [1] - 59:22
requests [1] - 59:3
required [1] - 55:16
requires [5] - 56:13,
56:18, 56:21, 56:23,
57:1
research [1] - 30:13
reservation [2] -
15:11, 16:5
residing [1] - 56:22
resolution [1] - 63:3
resoundly [1] - 30:18
respect [12] - 7:15,
9:3, 11:10, 12:8,
16:17, 17:1, 17:18,
28:6, 31:22, 47:3,
52:25, 53:17

**respects** [1] - 17:17
**respond** [4] - 6:4, 7:9, 20:13, 21:10
**responded** [2] - 15:8, 17:24
**response** [4] - 5:21, 5:22, 46:15, 47:5
**responsibility** [1] - 35:12
**responsible** [1] - 53:13
**rest** [1] - 29:18
**restraint** [6] - 36:1, 36:23, 37:3, 37:7, 37:12, 37:15
**review** [2] - 2:11, 54:3
**reviewed** [1] - 5:19
**rewrote** [1] - 51:22
**rhetorical** [1] - 53:6
**Richmond** [1] - 60:1
**Rikers** [4] - 61:23, 62:2, 62:5, 62:14
**risk** [1] - 48:2
**road** [1] - 60:1
**robbed** [2] - 15:6, 15:10
**robber** [1] - 15:10
**robbers** [1] - 31:4
**robbery** [1] - 49:19
**Rockville** [1] - 14:16
**role** [3] - 32:24, 36:2
**room** [10] - 9:25, 12:21, 13:17, 16:1, 16:7, 29:23, 36:7, 36:16, 36:19, 43:13
**roughly** [1] - 62:20
**RP** [6] - 11:25, 12:5, 12:11, 12:21, 43:10
**RPR** [1] - 1:25
**rule** [1] - 5:11
**rules** [2] - 23:22, 38:23
**run** [5] - 6:15, 46:23, 52:14, 52:15, 52:17
**rush** [1] - 43:12

# S

**sad** [1] - 10:24
**sat** [3] - 10:6, 38:10, 42:4
**satisfied** [1] - 36:2
**satisfy** [3] - 2:22, 3:13, 6:9
**saw** [3] - 10:8, 43:12, 44:18
**scale** [2] - 27:4, 28:5
**scare** [1] - 40:19
**school** [1] - 56:23
**scrutiny** [1] - 47:9

**second** [1] - 4:3
**seconds** [1] - 21:5
**Section** [3] - 6:8, 53:4, 55:16
**section** [1] - 17:21, 30:6
**security** [1] - 59:10
**see** [6] - 18:21, 19:8, 21:5, 21:16, 36:9
**segue** [1] - 38:4
**seized** [2] - 18:5, 19:7
**self** [1] - 29:11
**self-serving** [1] - 29:11
**send** [2] - 31:21, 33:18
**sense** [5] - 16:4, 16:10, 25:12, 26:7, 48:13
**sent** [2] - 51:16, 59:15
**sentence** [48] - 3:4, 3:12, 3:16, 3:21, 4:17, 5:2, 5:6, 22:5, 23:2, 24:8, 24:22, 26:9, 28:19, 29:6, 29:7, 30:6, 30:10, 33:22, 38:14, 45:7, 51:2, 52:2, 52:4, 52:8, 52:12, 52:15, 52:18, 52:19, 52:25, 53:14, 53:17, 53:19, 53:20, 54:20, 55:17, 55:18, 55:24, 56:3, 56:6, 58:20, 60:3, 60:12, 60:15, 60:18, 61:25, 62:13, 62:17
**sentenced** [2] - 27:2, 51:15
**sentences** [1] - 52:16
**SENTENCING** [1] - 65:2
**Sentencing** [1] - 18:17
**sentencing** [22] - 1:11, 2:16, 5:13, 5:20, 5:21, 6:9, 6:21, 7:2, 9:6, 17:2, 20:5, 24:14, 24:25, 27:5, 30:11, 34:4, 34:6, 37:21, 44:10, 44:11, 49:9, 55:23
**separate** [1] - 10:18
**September** [2] - 1:9, 66:6
**Sergeant** [1] - 45:23
**series** [1] - 42:24
**serious** [2] - 25:23, 27:25
**seriousness** [1] - 53:15
**serving** [1] - 29:11
**set** [5] - 20:7, 22:16,

22:18, 33:1
**seven** [5] - 3:22, 5:5, 5:15, 6:16, 34:23
**several** [1] - 4:5
**severe** [3] - 27:14, 28:19
**severely** [1] - 28:17
**sex** [21] - 6:14, 16:17, 24:3, 25:9, 25:21, 26:12, 27:19, 28:15, 28:25, 34:19, 40:15, 41:3, 44:24, 56:14, 61:4, 61:6, 61:7, 61:8, 64:17, 64:18
**sexually** [1] - 17:25
**SG** [2] - 18:7, 19:25
**SH** [3] - 37:16, 40:10, 40:24
**shake** [1] - 29:2
**short** [1] - 46:11
**show** [5] - 15:17, 16:2, 31:22
**showed** [3] - 13:21, 14:14, 16:11
**shown** [2] - 21:4, 47:18
**shows** [3] - 18:11, 24:21, 39:5
**shrift** [1] - 46:11
**sidelined** [1] - 60:17
**sides** [1] - 64:21
**sights** [1] - 33:1
**significant** [4] - 7:10, 7:12, 12:3, 30:15
**Silver** [1] - 12:9
**similar** [2] - 10:20, 40:6
**similarly** [1] - 54:6
**Simpkins** [1] - 1:25, 66:10
**simple** [2] - 29:13, 47:10
**simply** [4] - 38:9, 47:22, 48:17, 50:15
**Sims** [1] - 28:3
**sit** [1] - 51:9
**sitting** [1] - 52:3
**situated** [1] - 54:6
**situation** [3] - 28:22, 36:15, 37:11
**six** [2] - 54:8, 54:14
**sizeable** [1] - 24:8
**slightly** [1] - 35:7
**societal** [1] - 26:9
**society** [7] - 22:8, 26:3, 28:15, 42:8, 48:13, 53:7, 53:11
**society's** [1] - 53:15
**someone** [8] - 15:5, 15:7, 29:22, 32:11,

32:22, 33:9, 33:11, 42:9
**sometimes** [2] - 22:9, 25:16
**somewhat** [1] - 7:7
**somewhere** [1] - 46:3
**sorry** [11] - 13:11, 29:14, 30:1, 34:16, 38:20, 38:21, 39:1, 44:16, 56:9, 57:14, 61:12
**sort** [6] - 28:15, 35:17, 46:16, 47:1, 47:13, 60:17
**sound** [1] - 38:8
**south** [2] - 19:1, 46:4
**speaking** [2] - 28:14
**speaks** [1] - 58:1
**special** [2] - 57:4, 57:6
**specific** [12] - 6:2, 7:19, 8:17, 25:4, 25:8, 45:9, 47:16, 47:17, 47:24, 53:22, 54:5, 54:16
**specifically** [3] - 23:21, 48:24, 62:21
**speculate** [1] - 43:14
**speed** [1] - 42:20
**spent** [1] - 46:12
**spin** [1] - 37:25
**spinnicchio** [1] - 2:19
**SPINNICCHIO** [5] - 57:4, 57:8, 57:19, 58:3, 58:22
**Spring** [1] - 12:9
**squarely** [2] - 36:21, 39:6
**squareness** [1] - 38:18
**STACK** [1] - 60:25
**Stack** [5] - 13:6, 13:16, 14:11, 49:16, 60:23
**stake** [1] - 7:9
**stand** [2] - 34:5, 51:8
**standpoint** [1] - 35:18
**stands** [1] - 22:8
**start** [3] - 15:16, 37:4, 38:2
**started** [1] - 32:20
**starting** [2] - 10:14, 11:7
**state** [15] - 35:19, 38:8, 52:2, 56:18, 56:21, 56:23, 56:24, 57:1, 63:11, 63:12
**statement** [8] - 8:25, 13:6, 13:15, 17:4, 20:16, 20:18, 20:20, 37:22

**statements** [1] - 9:15
**STATES** [2] - 1:1, 1:4
**States** [4] - 1:13, 2:4, 66:3, 66:6
**station** [1] - 45:17
**statistics** [1] - 30:16
**statute** [1] - 44:1
**statutory** [1] - 37:2
**stay** [1] - 16:7
**still** [5] - 19:21, 22:8, 38:16, 42:8, 63:19
**stop** [1] - 37:14
**stopped** [2] - 24:6, 37:13
**stories** [1] - 26:24
**story** [1] - 16:9
**straight** [1] - 20:7
**stranded** [2] - 15:2, 15:4
**strata** [1] - 35:9
**street** [2] - 43:3, 43:23
**Street** [1] - 19:21
**strict** [1] - 47:9
**strong** [1] - 15:23
**struck** [1] - 37:8
**stuck** [1] - 26:18
**studies** [1] - 30:12
**studying** [1] - 32:15
**stuff** [2] - 7:15, 11:3
**Stuy** [9] - 18:22, 18:24, 19:12, 19:13, 19:23, 19:24, 22:20, 22:23
**Stuyvesant** [1] - 18:22
**style** [1] - 29:15
**subjective** [1] - 37:10
**submission** [3] - 5:22, 7:7, 18:21
**submissions** [3] - 5:19, 7:2, 17:3
**submit** [10] - 6:15, 17:15, 20:24, 31:21, 32:1, 33:21, 39:15, 46:6, 50:11, 61:25
**submits** [4] - 41:22, 43:22, 47:25, 49:12
**submitted** [2] - 7:4, 21:15
**subscribing** [1] - 38:22
**subsection** [2] - 35:10, 58:8
**Subsection** [1] - 58:14
**subservience** [1] - 40:15
**substantively** [1] - 46:13
**sufficient** [2] - 6:8, 24:14

**suggest** [6] - 8:15, 16:20, 36:5, 38:14, 38:21, 44:1
**suggested** [3] - 39:3, 46:17, 60:7
**suggesting** [2] - 36:9, 63:14
**summer** [2] - 36:25, 37:1
**Sumner** [3] - 19:14, 19:18, 19:21
**supervised** [6] - 6:1, 45:8, 56:7, 56:8, 57:11, 64:15
**supervision** [1] - 61:5
**support** [1] - 5:23
**supposed** [2] - 40:19, 60:16
**survive** [1] - 54:20
**suspect** [3] - 16:24, 29:12, 42:19
**suspended** [1] - 45:7
**suspicions** [1] - 29:11
**swath** [1] - 49:1

**T**

**table** [4] - 40:18, 42:4, 46:8, 46:10
**Tamara** [1] - 1:22
**tantamount** [1] - 43:23
**tasked** [1] - 37:23
**tasks** [1] - 35:14
**Tavares** [1] - 28:2
**technically** [1] - 62:1
**technocrat** [2] - 59:23, 59:24
**technocratic** [1] - 60:16
**teenager** [4] - 20:12, 20:17, 21:1, 21:8
**telephone** [1] - 10:10
**ten** [1] - 48:25
**tendency** [1] - 22:14
**tenor** [1] - 55:3
**term** [5] - 6:8, 20:7, 31:8, 57:11, 58:10
**terms** [20] - 2:19, 8:7, 8:19, 11:24, 12:3, 13:8, 16:21, 16:23, 21:9, 24:15, 25:6, 25:23, 26:21, 27:4, 27:24, 28:13, 34:1, 34:3, 34:5, 53:22
**terrible** [1] - 53:8
**testified** [9] - 9:8, 10:8, 10:13, 16:22, 27:22, 39:1, 39:2, 39:10, 45:24

**testify** [1] - 49:5
**testimonial** [1] - 9:13
**testimony** [32] - 5:24, 6:25, 7:19, 8:9, 9:21, 9:22, 10:7, 11:12, 13:3, 13:4, 13:8, 14:6, 14:21, 14:23, 16:15, 16:24, 17:9, 19:4, 23:6, 25:3, 25:7, 26:22, 27:23, 36:3, 39:5, 39:17, 40:12, 40:13, 43:1, 43:7, 43:10, 49:21
**THE** [90] - 1:1, 1:2, 2:2, 2:11, 2:14, 2:23, 3:3, 3:6, 3:10, 3:15, 3:19, 3:22, 4:1, 4:10, 4:23, 5:3, 5:10, 5:16, 6:10, 7:17, 8:21, 13:9, 13:12, 21:16, 22:1, 22:5, 22:18, 22:22, 23:10, 23:13, 23:22, 24:5, 24:9, 24:16, 25:17, 25:25, 26:7, 28:10, 29:23, 30:2, 31:16, 32:7, 34:10, 34:15, 34:23, 35:1, 45:16, 50:18, 51:1, 51:11, 52:1, 56:7, 56:8, 56:10, 56:18, 56:22, 57:3, 57:6, 57:9, 57:13, 57:15, 57:18, 57:24, 58:5, 58:13, 58:16, 58:25, 59:7, 59:13, 59:17, 59:24, 60:9, 60:23, 61:1, 61:6, 61:11, 61:13, 62:2, 62:6, 62:13, 62:18, 62:23, 63:15, 64:2, 64:10, 64:14, 64:15, 64:18, 64:19, 64:20
**Theiss** [1] - 1:22
**themes** [1] - 33:23
**themselves** [1] - 23:13
**thereby** [1] - 4:19
**therefore** [2] - 36:10, 61:25
**thinks** [1] - 3:12
**thirty** [2] - 54:8, 54:14
**thirty-six** [1] - 54:8, 54:14
**thoughtful** [2] - 50:18, 53:2
**threat** [1] - 25:12
**three** [12] - 7:1, 13:17, 13:18, 14:1, 14:2, 21:5, 27:21, 38:10, 38:24, 57:22, 58:18, 58:23

**three-year** [1] - 57:22
**Throop** [1] - 19:13
**throws** [1] - 21:6
**tick** [1] - 49:6
**timeline** [3] - 42:25, 43:1, 46:12
**today** [11] - 36:5, 37:14, 38:6, 38:17, 38:18, 43:20, 47:4, 48:18, 48:21, 51:15, 51:23
**todays** [1] - 49:3
**together** [2] - 11:25, 40:4
**toll** [3] - 10:11, 15:17, 16:2
**took** [4] - 15:10, 35:12, 36:4, 44:12
**topic** [1] - 35:4
**total** [1] - 6:18
**totality** [1] - 36:13
**tough** [1] - 61:1
**towards** [2] - 61:24, 62:16
**traffickers** [1] - 31:4
**trafficking** [7] - 6:14, 16:17, 24:3, 27:20, 28:16, 28:25, 34:19
**tragic** [1] - 10:24
**train** [2] - 45:21, 46:15
**transcript** [3] - 5:23, 40:11, 66:2
**treated** [1] - 22:12
**treatment** [1] - 61:4
**trial** [15] - 7:5, 8:25, 10:7, 13:7, 14:7, 14:13, 14:21, 21:25, 35:25, 39:20, 41:7, 43:2, 46:16, 46:18, 63:18
**trials** [1] - 48:6
**tricks** [1] - 16:8
**tried** [2] - 17:19, 43:5
**trouble** [2] - 29:24, 30:3
**troubling** [1] - 25:25
**true** [3] - 21:19, 54:18, 66:7
**truly** [1] - 63:23
**truth** [3] - 11:17, 18:8, 39:25
**try** [8] - 7:14, 22:16, 41:4, 41:11, 43:25, 56:24, 63:6, 63:19
**trying** [10] - 3:25, 21:11, 36:5, 43:8, 43:15, 45:13, 47:1, 54:11, 55:5, 55:15
**turn** [1] - 36:9
**two** [13] - 14:5, 16:3,

21:13, 35:9, 35:18, 35:23, 39:24, 45:8, 46:13, 55:19, 59:2, 59:5, 59:11
**type** [2] - 27:8, 31:2
**typically** [1] - 30:19

**U**

**U.S** [3] - 2:7, 27:11, 27:16
**ultimately** [4] - 42:25, 44:20, 59:19, 63:12
**unacceptable** [2] - 53:8, 54:18
**unbridled** [1] - 39:18
**uncalled** [1] - 21:12
**under** [15] - 6:8, 17:8, 30:6, 34:8, 35:22, 48:9, 49:13, 53:3, 55:9, 55:16, 56:13, 58:9, 58:13, 60:12
**underlying** [1] - 23:3
**understandably** [1] - 30:15
**understood** [1] - 41:2
**unequivocally** [2] - 35:10, 37:16
**unfair** [2] - 21:12, 21:16
**unfairly** [1] - 8:11
**unfortunately** [1] - 10:25
**unfriendly** [1] - 42:11
**unique** [4] - 29:15, 43:17, 47:15, 48:3
**uniquely** [1] - 47:17
**UNITED** [2] - 1:1, 1:4
**United** [4] - 1:12, 2:4, 66:3, 66:6
**unless** [1] - 7:22
**unnecessary** [1] - 20:3
**unreliable** [1] - 17:17
**unwilling** [1] - 9:20
**up** [22] - 2:18, 6:24, 12:16, 13:16, 13:22, 18:14, 28:21, 32:17, 32:22, 33:9, 35:2, 36:10, 36:18, 45:25, 50:5, 50:9, 51:8, 52:3, 52:11, 59:9, 59:18, 62:13
**upbringing** [1] - 29:20
**USP** [1] - 59:15
**utterance** [1] - 46:2

**V**

**vaginal** [1] - 41:3

**values** [2] - 22:7, 26:9
**variant** [4] - 52:18, 60:12, 60:15, 60:18
**various** [4] - 9:2, 9:10, 9:11, 18:3
**vehicle** [3] - 43:5, 43:8, 43:9
**verdict** [10] - 4:6, 17:14, 24:17, 38:9, 41:16, 47:4, 50:17, 50:25, 53:1, 55:9
**verdicts** [1] - 17:15
**version** [1] - 17:4
**versus** [3] - 2:4, 25:21, 27:16
**viable** [1] - 31:10
**victim** [2] - 42:21, 45:20
**victims** [10] - 27:21, 34:9, 34:15, 34:20, 35:17, 37:9, 39:1, 40:1, 41:12, 41:16
**video** [2] - 20:22, 21:3
**videotape** [1] - 10:9
**view** [7] - 4:11, 4:13, 22:25, 24:16, 29:10, 53:7, 53:16
**violation** [1] - 61:20
**violative** [1] - 5:11
**violence** [7] - 24:18, 24:22, 25:12, 27:24, 32:25, 54:15, 54:16
**voice** [3] - 41:25, 42:1
**VS** [1] - 1:5
**vs** [1] - 66:3
**vulnerability** [4] - 23:24, 26:17, 42:17, 43:16
**vulnerable** [9] - 21:19, 23:5, 23:9, 23:11, 23:14, 23:19, 41:23, 42:15, 54:17

**W**

**wait** [1] - 24:16
**wants** [3] - 29:17, 33:17, 53:11
**warrant** [2] - 61:21, 62:22
**ways** [3] - 18:3, 41:5, 41:12
**weeds** [1] - 50:14
**week** [1] - 5:23
**weeks** [3] - 7:1, 38:11, 38:25
**weigh** [1] - 42:8
**welcome** [1] - 57:8
**west** [2] - 19:1, 19:3
**whereas** [1] - 12:15

**white** [1] - 25:18
**whole** [10] - 7:23, 16:9, 16:12, 16:13, 17:25, 20:25, 22:1, 32:6, 39:21, 55:3
**willing** [3] - 38:25, 41:18, 42:16
**willingly** [1] - 15:3
**Wisconsin** [1] - 27:17
**wisdom** [1] - 48:12
**wish** [1] - 35:5
**wishes** [1] - 35:15
**witness** [3] - 26:22, 50:20, 50:21
**witnesses** [11] - 9:8, 9:11, 9:23, 10:2, 10:7, 10:13, 11:11, 13:3, 17:1, 39:8, 39:9
**woman** [3] - 26:15, 31:9, 31:11
**woman's** [1] - 31:9
**women** [4] - 9:2, 10:23, 11:1, 23:11
**word** [1] - 56:21
**words** [3] - 21:9, 33:20, 40:20
**world** [3] - 21:17, 29:24, 55:2
**worse** [1] - 28:6
**worts** [1] - 39:17
**wrinkle** [1] - 61:15
**write** [1] - 34:17
**writing** [2] - 29:15, 54:11
**written** [1] - 20:19
**wrote** [2] - 51:11, 51:12

## Y

**yards** [1] - 39:14
**year** [4] - 28:7, 49:25, 57:21, 57:22
**years** [40] - 3:21, 3:22, 5:5, 6:13, 6:16, 6:18, 24:13, 24:23, 27:8, 27:18, 27:20, 27:21, 28:2, 28:3, 30:10, 30:25, 31:20, 31:24, 34:22, 45:8, 48:25, 52:6, 52:23, 53:16, 53:20, 53:24, 54:7, 54:14, 57:12, 57:18, 57:19, 57:24, 58:10, 58:16, 58:17, 58:18, 58:19, 58:21, 58:22, 58:23
**yesterday** [4] - 5:25, 7:8, 19:15, 40:9

**York** [15] - 12:11, 12:19, 13:17, 13:22, 14:1, 44:17, 44:23, 44:25, 45:16, 48:24, 59:12, 63:10, 63:12, 63:21
**young** [3] - 14:3, 31:9, 54:1
**younger** [2] - 31:16, 54:23